FILED
OCT 27 2021
DAVID CREWS, CLERK
BY_____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                       CRIMINAL NO. 3:21-CR- 107

JAMARR SMITH, THOMAS IROKO AYODELE aka "ROKO,"     18 U.S.C. § 371
and GILBERT MCTHUNEL                         18 U.S.C. § 2114(a)
                                                             18 U.S.C. § 2

## NOTICE OF PENALTIES

Count One – 18 U.S.C. § 371
-NMT 5 years imprisonment – 18 U.S.C. § 371;
-NMT $250,000 fine – 18 U.S.C. § 3571(b)(3);
-NMT 3 years supervised release – 18 U.S.C. § 3583(b)(2);
-$100 special assessment – 18 U.S.C. § 3013.

Count Two – 18 U.S.C. § 2114(a)
-NMT 25 years imprisonment – 18 U.S.C. § 2114(a);
-NMT $250,000 fine – 18 U.S.C. § 3571(b)(3);
-NMT 5 years supervised release – 18 U.S.C. § 3583(b)(1);
-$100 special assessment – 18 U.S.C. § 3013.