FILED

OCT 2 7 2021

DAVID CREWS, CLERK
BY
      Deputy

## CRIMINAL CASE COVER SHEET

## U.S. DISTRICT COURT
**Complete entire form**

**Place of Offense:**

City Lake Cormorant

County Desoto

**Related Case Information:**

Superseding Indictment _____ Case Number _____

Same Defendant _____ New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R20/R40 from District of _____

Related Criminal Case Number _____

**Defendant Information:**

Juvenile:      ☐ Yes      ☑ No          If yes, Matter to be sealed:      ☐ Yes      ☐ No

Defendant Name Jamarr Smith

Alias Name Jamarr Vontay Smith; Jamar Smith; Jamarr V. Smith; Jamarr Smith

Address Batesville, MS

DOB ____1984____ SS# ***-**-5792 Sex ___M___ Race ___B___ Nationality _____

Represented by: _____

Interpreter: ☐ Yes   ☑ No          List Language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ (Date) in _____ (Location)
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts _____2_____      ☐ Petty   ☐ Misdemeanor   ☑ Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 18.371.F | Conspiracty to defraud the US | 1 |
| Set 2 18.2114.F | Mail, money or other property of US | 2 |
| Set 3 _____ | _____ | _____ |
| Set 4 _____ | _____ | _____ |

**U.S. Attorney Information:**   AUSA Robert J. Mims                Bar # ___9913___

Date: 10·26·21          Signature of AUSA _____

**District Court Case Number:**
(To be entered by Clerk)                3:21 CR107