FILED
OCT 27 2021
DAVID CREWS, CLERK
BY _____

# CRIMINAL CASE COVER SHEET

**U.S. DISTRICT COURT**
Complete entire form

**Place of Offense:**
City **Lake Cormorant**
County **Desoto**

**Related Case Information:**
Superseding Indictment _____ Case Number _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R20/R40 from District of _____
Related Criminal Case Number _____

**Defendant Information:**
Juvenile: ☐ Yes ☑ No    If yes, Matter to be sealed: ☐ Yes ☐ No
Defendant Name **Thomas Iroko Ayodele**
Alias Name **"Roko"; Thomas Iroko; Iroko Ayodele; Iroko T. Ayodele**
Address **Batesville, MS**
DOB **1982** SS# **\*\*\*-\*\*-1352** Sex **M** Race **B** Nationality _____
Represented by: _____

Interpreter: ☐ Yes ☑ No    List Language and/or dialect: _____

**Location Status:**
Arrest Date _____
☐ Already in Federal Custody as of _____ (Date) in _____ (Location)
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**
Total # of Counts **2**    ☐ Petty  ☐ Misdemeanor  ☑ Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 **18.371.F** | Conspiracy to defraud the US | 1 |
| Set 2 **18.2114.F** | Mail, money or other property of US | 2 |
| Set 3 | | |
| Set 4 | | |

**U.S. Attorney Information:** AUSA **Robert J. Mims**    Bar # **9913**

Date: **10-26-21**    Signature of AUSA _/s/ Robert_

**District Court Case Number:**
(To be entered by Clerk)    **3:21 CR 107**