FILED

OCT 2 7 2021

DAVID CREWS, CLERK

BY

**CRIMINAL CASE COVER SHEET**                    **U.S. DISTRICT COURT**
                                                  **Complete entire form**

**Place of Offense:**              **Related Case Information:**

City <u>Lake Cormorant</u>        Superseding Indictment _____ Case Number _____

County <u>Desoto</u>              Same Defendant _____ New Defendant _____

                                   Magistrate Judge Case Number _____

                                   Search Warrant Case Number _____

                                   R20/R40 from District of _____

                                   Related Criminal Case Number _____

**Defendant Information:**

Juvenile:      ☐ Yes      ☑ No        If yes, Matter to be sealed:   ☐ Yes   ☐ No

Defendant Name <u>Gilbert McThunel</u>

Alias Name <u>Gilbert McThunel, II</u>

Address <u>Batesville, MS</u>

DOB ____<u>1985</u>____ SS# <u>***-**-6449</u> Sex ___<u>M</u>___ Race ___<u>B</u>___ Nationality _____

Represented by: _____

Interpreter: ☐ Yes   ☑ No      List Language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ (Date) in _____ (Location)
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts _____<u>2</u>_____      ☐ Petty   ☐ Misdemeanor   ☑ Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 <u>18.371.F</u> | <u>Conspiracy to defraud the US</u> | <u>1</u> |
| Set 2 <u>18.2114.F</u> | <u>Mail, money or other property of US</u> | <u>2</u> |
| Set 3 _____ | _____ | _____ |
| Set 4 _____ | _____ | _____ |

**U.S. Attorney Information:**   AUSA <u>Robert J. Mims</u>        Bar # ___<u>9913</u>___

Date: <u>10-26-21</u>        Signature of AUSA _____

**District Court Case Number:**
(To be entered by Clerk)        <u>3:21 CR107</u>