# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

### CRIMINAL MINUTES

**CASE NO: 3:21-CR-107-NBB-RP**     **LOCATION HELD: OXFORD**
                                                                **COURTROOM 2**

**UNITED STATES OF AMERICA V. JAMARR SMITH**

| | | | | |
|---|---|---|---|---|
| **DATE & TIME BEGUN:** | 11/3/2021 | @ | 3:49 | p.m. |
| **DATE & TIME ENDED:** | 11/3/2021 | @ | 3:53 | p.m. |
| | **TOTAL TIME:** | | 4 | min |

**PRESENT:**
**HONORABLE DAVID A. SANDERS, U. S. MAGISTRATE JUDGE**

| | |
|---|---|
| Jennifer L. Frantz | Digital Recording |
| Courtroom Deputy | Court Reporter |
| **ATTORNEY(S) FOR GOVERNMENT:** | **ATTORNEY(S) FOR DEFENDANT:** |

**PROCEEDINGS: Initial Appearance**

**ENTRY TO BE MADE ON DOCKET:**
Proceedings held; Court appointed FPD as counsel for Defendant; Government not seeking detention; Defendant granted $10,000 unsecured bond and placed on Pretrial Supervision; Arraignment set for Friday, November 5, 2021, at 11:00 a.m. by video before U.S. Magistrate Judge David Sanders.

**DAVID CREWS, CLERK**

/s/ Jennifer L. Frantz
Courtroom Deputy