IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

VS. NO.: 3:21-CR-107-NBB-RP

JAMARR SMITH, et al.

## WAIVER OF APPEARANCE AND ENTRY OF NOT GUILTY PLEA

Pursuant to Fed. R. Crim. P. 10(b), Jamarr Smith, defendant in the above styled and numbered cause, hereby waives appearance at arraignment and enters a plea of "not guilty" to all counts and any and all other charges contained in the Indictment. The defendant further affirms that he has received a copy of the Indictment and has discussed the charges contained in the Indictment and maximum statutory penalties, with Goodloe Lewis, his attorney.

This the __4th__ day of __November__, 2021.

_____
JAMARR SMITH, DEFENDANT

_____
GOODLOE T. LEWIS, MSB #9889
ATTORNEY FOR DEFENDANT

ACCEPTED BY THE COURT this, the __5th__ day of __November__, 2021.

_____
U.S. MAGISTRATE JUDGE