# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

# CRIMINAL MINUTES

**CASE NO.: 3:21-cr-107-NBB-RP-3**  **PLACE HELD**: VIDEO CONFERNCE - Oxford Video Room to Greenville Courtroom 2

**UNITED STATES OF AMERICA**

**VS.**

**GILBERT MCTHUNEL**

**DATE & TIME BEGAN/ENDED:** November 8, 2021
11:13 a.m. – 11:18 a.m.

**TOTAL TIME: 5 minutes**

**PRESENT:**
### HONORABLE JANE M. VIRDEN, MAGISTRATE JUDGE

| Itonia R. Williams | Digital |
| Courtroom Deputy | Official Court Report |

**Attorney for Government:**  **Attorney for Defendant:**
N/A                                                          N/A

**PROCEEDINGS:** Initial Appearance on Indictment

**Docket entry:** An initial appearance was held. Defendant qualified for appointed counsel. Court appointed a Federal Public Defender as counsel for the defendant. Government not seeking detention. Court set unsecured bond at $10,000. Order Setting Conditions of Release to be entered. Arraignment set for Wednesday, November 10, 2021, at 2:30 p.m., before Magistrate Judge Jane M. Virden. via VTC, in Greenville, Mississippi subject to defendant's consent.

**DAVID CREWS, CLERK**

By: ___/s/ Itonia R. Williams___
Courtroom Deputy Clerk