UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

VS.                        CRIMINAL NO. 3:21-CR-107-NBB-RP

GILBERT MCTHUNEL                      DEFENDANT

## WAIVER OF APPEARANCE AND ENTRY OF NOT GUILTY PLEA

PURSUANT TO Federal Rules of Criminal Procedure 10(b), **GILBERT McTHUNEL, II**, the Defendant in the above-styled and numbered cause, hereby waivers appearance at arraignment and enters a plea of "NOT GUILTY" to all charges against him contained in the Indictment. The Defendant further affirms that he has received a copy of the Indictment and has discussed the charges contained in the Indictment, and maximum statutory penalties with his attorney.

SIGNED, this 9th day of November, 2021.

_____      _____
**GILBERT McTHUNEL, II**             Paul Chiniche, Esq. (MSB#101582)
Defendant                                  COUNSEL FOR THE DEFENDANT

ACCEPTED BY THE COURT this 9 day of Nov, 2021.

_____
UNITED STATES MAGISTRATE JUDGE