UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

vs.

THOMAS IROKO AYODELE a/k/a "ROKO"         CRIMINAL NO.:   3:21CR107

## WAIVER OF APPEARANCE
## AND ENTRY OF NOT GUILTY PLEA

PURSUANT to Federal Rules Criminal Procedures 10(b), THOMAS IROKO

AYODELE a/k/a "ROKO", the Defendant in the above-styled and numbered cause, hereby

waives appearance at arraignment and enters a plea of "NOT GUILTY" to all charges against

him contained in the Indictment. The Defendant further affirms that he has received a copy of

the Indictment and has discussed the charges contained in the Indictment, and maximum

statutory penalties with his attorney.

SIGNED, this, the ___9th___ day of ___November___ 20 21

_____          _____
DEFENDANT                                        ATTORNEY FOR DEFENDANT

ACCEPTED BY THE COURT this, the ___9___ day of ___NO___ 20 21

_____
U.S. MAGISTRATE JUDGE