AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 3:21CR107 |
|  | ) |
| GILBERT MCTHUNEL | ) |
|  | ) |

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* GILBERT MCTHUNEL,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

CONSPIRACY TO DEFRAUD U.S.

Date: 10/27/2021

*Issuing officer's signature*
Deputy Clerk

City and state: Oxford, Mississippi

David Crews, Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 11/8/21, and the person was arrested on *(date)* 11/8/21
at *(city and state)* Oxford, MS.

Date: 11/8/21

*Arresting officer's signature*

Joseph Stephens Olson
*Printed name and title*