AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| United States of America | ) |
|---|---|
| v. | ) Case No. 3:21CR107 |
| THOMAS IROKO AYODELE aka "ROKO" | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* THOMAS IROKO AYODELE aka "ROKO",
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

CONSPIRACY TO DEFRAUD U.S.

Date: 10/27/2021

*Issuing officer's signature* — Deputy Clerk

City and state: Oxford, Mississippi

David Crews, Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 10-29-21, and the person was arrested on *(date)* 11-8-21
at *(city and state)* OXFORD, MS.

Date: 11-8-21

*Arresting officer's signature*

JACKSON H. ANDERSON DUSM
*Printed name and title*