## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## DELTA DIVISION

UNITED STATES OF AMERICA

VS.  CAUSE NO. 3:21cr107-NBB

THOMAS IROKO AYODELE

### MOTION FOR CONTINUANCE OF TRIAL

**COMES NOW**, Defendant, **Thomas Iroko Ayodele**, by and through his attorney of record, William F. Travis, and files this Motion for Continuance, and in support thereof, would respectfully show unto this Honorable Court the following facts and matters, to wit:

I.

The Defendant, Thomas Iroko Ayodele, was charged and indicted in the above-styled and numbered cause.

II.

William F. Travis was appointed to represent Defendant Thomas Iroko Ayodele's interest in regard to this matter.

III.

This matter is set for trial on January 3, 2022 at 9:30 a.m., before Honorable Neal B. Biggers, Jr. in Oxford, Mississippi. Further, that this is defendant Thomas Iroko Ayodele's first trial setting.

IV.

Defendant's counsel would further show that Robert J. Mims, Assistant U.S. Attorney, has no objection to said continuance.

V.

Due to the amount of discovery in this case, and the complexity of defending the criminal charges against Thomas Iroko Ayodele, additional time is also needed to investigate the case and prepare for his plea or trial.

VI.

This continuance is not requested for means of delay, but in the interest of justice in the defense of Thomas Iroko Ayodele.

VII.

Defense counsel for Thomas Iroko Ayodele has not previously requested a trial continuance in this case.

**WHEREFORE, PREMISES CONSIDERED**, the Defendant respectfully request a continuance of the trail setting in this matter from January 3, 2022 at 9:30 a.m., until a date and time in the future.

**RESPECTUFLLY SUBMITTED,** this the <u>1st</u> of <u>December</u>, 2021

                                          **THOMAS IROKO AYODELE,**
                                          **Defendant**

                                          **BY: <u>/s/ William F. Travis</u>**
                                                   **William F. Travis, MSB 8267**

## CERTIFICATE OF SERVICE

    I, the undersigned attorney, do hereby certify that a true and correct copy of the foregoing MOTION FOR CONTINUANCE has this day been electronically mailed to:

Robert J. Mims
robert.mims@usdoj.gov

    **THIS**, the 1st of December, 2021.

    /s/ William F. Travis_____
    William F. Travis, Certifying Attorney