# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**UNITED STATES OF AMERICA**

**VS.**             **CAUSE NO. 3:21CR107**

**THOMAS IROKO AYODELE aka "ROKO"**

## DEFENDANT'S RESPONSE TO
## GOVERNMENT'S REQUEST FOR NOTICE OF ALIBI DEFENSE

**COMES NOW**, Defendant, **Thomas Iroko Ayodele a/k/a "Roko"**, by and through his attorney of record, William F. Travis, and files this Defendant's Response to Government's Request for Notice of Alibi Defense.

Defendant on or about October 30, 2019 gave an interview with agent S.P. Matthews and D.P. Riley and addressed the question to his whereabouts on the date of February 5, 2018 between the hours of 5:00 p.m. and 6:00 p.m. Defendant's response, which was provided in the government's discovery is hereby incorporated by reference, which in essence placed him at his place of employment in or about that time at "MDES". A copy of said interview report is attached hereto as Exhibit "A".

Attached hereto as Exhibit "B" are time information for managers and employees at defendant's place of employment at "MDES" as of May 5, 2018 showing Defendant's working approximately eight (8) hours on the date of February 5, 2018.

**RESPECTUFLLY SUBMITTED,** this the 14<u>th</u> day of <u>January</u>, 2022.

                                         **THOMAS IROKO AYODELE, Defendant**

                                         **BY: <u>/s/ William F. Travis</u>**
                                                **William F. Travis, MSB 8267**

## CERTIFICATE OF SERVICE

  I, the undersigned attorney, do hereby certify that a true and correct copy of the foregoing Defendant's Response to Government's Request for Notice of Alibi Defense has this day been electronically mailed to:

Honorable Robert Mims
robert.mims@usdoj.gov

**THIS**, the 17th day of January, 2022.

                /s/ William F. Travis_____
                William F. Travis, Certifying Attorney