

UNITED STATES POSTAL INSPECTION SERVICE

# NOTE TO FILE

Case Number: 2576140-ROBB

Date: October 30, 2019

Location: 220 ½ Bates Street, Apartment F
Batesville, MS 38606

Postal Inspectors: S.P. Mathews, D.P. Riley

---

On February 5, 2018, Highway Contract Route (HCR) Driver Sylvester Cobbs was the victim on an armed robbery at the Lake Cormorant, MS Post Office. HCR Driver Cobbs begins his route at the Dundee, MS Post Office and completes his route at the Wall, MS Post Office. Lake Cormorant is the next to last stop on the route.

On October 30, 2019, Inspectors S. Mathews and D. Riley interviewed Thomas Iroko Ayodele at his residence regarding the robbery. It is noted that a vehicle matching the description of one registered to Ayodele was observed on video dropping off the person who robbed the Lake Cormorant Post Office on February 5, 2019. Additionally, a phone registered to Ayodele was identified in the area of the post office during the time of the robbery.

The interview was recorded via a digital voice recorder. The recording was broken into two segments at the request of Ayodele. The first segment lasted approximately 21 minutes and the second segment lasted approximately 23 minutes. Ayodele requested that the recording be stopped so that he could admit to some criminal activity that he was involved in. The recording was stopped for approximately 10-15 seconds while Ayodele admitted to smoking marijuana on occasions.

During the interview Ayodele denied being involved in or having any information regarding the robbery of the Lake Cormorant Post Office. He stated that he has worked for MDES (Mississippi Department of Employment Security) for 10 years and he would have been at work on the day of the robbery. He said that his work records and fellow employees could verify that he was at work on February 5, 2018.

Ayodele stated that he has loaned his vehicles to individuals on various occasions. Specifically, he said that he recalls loaning his vehicle to "Little Bo" on an occasion in early 2018 so that "Little Bo" could tow a vehicle in the Southaven, MS area. Additionally, he stated that on one occasion when someone borrowed his vehicle he accidently left his new cell phone inside the vehicle. He said he was worried about the phone because he paid $1000 for it and thought he had lost it. He could not recall the specific date or who borrowed the car on that occasion but knew this had only occurred

on one occasion. He stated that when "Little Bo" borrowed his vehicle, he had to get a ride home because "Little Bo" was not back yet. He believed that his co-worker Shameka drove him home.

Ayodele stated that he is good friends with Jamarr Smith and he last spoke with Smith this past weekend (10/26-10/27). Smith owns a repair shop in Batesville, MS. He said that "Little Bo" and Smith are also friends and that "Little Bo" worked at a repair shop in the same area as Smith's repair shop.