IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

VS.  NO.: 3:21-CR-107-NBB-RP

JAMARR SMITH, et al.

## AMENDED NOTICE OF ALIBI DEFENSE

COMES NOW, Jamarr Smith, and provides this Amended Notice of Alibi Defense pursuant to Fed. R. Crim. P. 12.1, and would state unto the court as follows:

I.

**Each specific place where the defendant claims to have been at the time of the alleged offense:**

Home of Jackie Smith, and/or

Batesville Police Department, 106 College Street, Batesville, MS 38606

II.

**Name, address and telephone number of each alibi witness on whom the defendant intends to rely:**

Jackie Smith
c/o 17th Circuit Court District Attorney's Office
101 Eureka Street
Batesville, MS 38606
662-563-6636

Iantea Lee
105 Dickey Drive
Batesville, MS 38606
662-654-9409

DATED: January 31, 2022.

RESPECTFULLY SUBMITTED,

JAMARR SMITH

HICKMAN, GOZA & SPRAGINS, PLLC
Attorneys at Law
Post Office Drawer 668
Oxford, MS 38655-0668
(662) 234-4000 telephone
(662) 234-2000 facsimile
glewis@hickmanlaw.com


BY: */s/ Goodloe T. Lewis*
     GOODLOE T. LEWIS, MSB # 9889

## **CERTIFICATE OF SERVICE**

I, GOODLOE T. LEWIS, attorney for JAMARR SMITH, do hereby certify that I have on this date electronically filed the foregoing document with the Clerk of Court using the ECF system which sent notification of such filing to all counsel of record, including:

Robert Mims
Office of the US Attorney
900 Jefferson Avenue
Oxford, MS  38655
rmims@usadoj.gov


DATED: January 31, 2022.


    */s/ Goodloe T. Lewis*
    GOODLOE T. LEWIS


GOODLOE T. LEWIS, MSB # 9889
HICKMAN, GOZA & SPRAGINS, PLLC
Attorneys at Law
Post Office Drawer 668
Oxford, MS 38655-0668