IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CASE NO. 3:21CR107-NBB

JAMARR SMITH
THOMAS IROKO AYODELE
GILBERT MCTHUNEL

## ORDER GRANTING CONTINUANCE

Came on to be considered this day the motion of defendant Gilbert McThunel requesting the court to continue the trial in this case which is now set to begin on February 28, 2022. Counsel for the defendant states that additional time is needed to review the discovery and investigate all the factual allegations, locate and interview witnesses, conduct legal research and prepare and file pretrial motions, and prepare for trial. The court is advised that counsel for the Government has no objection to the motion.

The Court finds that the ends of justice will be served by granting said continuance, and that such action outweighs the best interest of the public and the defendant in a speedy trial.

It is therefore **ORDERED** that the trial in this matter be, and the same is continued until April 11, 2022, and all pre-trial dates are extended accordingly.

It is further **ORDERED** that the delay from this date until commencement of trial shall be excluded from all computations relation to the Speedy Trial Act pursuant to 18 U. S. C. Section 3161(h)(7)(A).

**ORDERED AND ADJUDGED** this, the 8th day of February, 2022.

/s/ Neal Biggers
**NEAL B. BIGGERS, JR.**
**UNITED STATES DISTRICT JUDGE**