IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

VS.                                                                                           NO.: 3:21-CR-107-NBB-RP

JAMARR SMITH, et al.

## NOTICE OF ISSUANCE

You will please take notice that the defendant, Jamarr Smith, by and through the undersigned counsel, has issued the following Subpoena Duces Tecum to:

**Google**
**c/o Corporation Service Company**
**109 Executive Drive; Ste. 3**
**Madison, MS  39110**

DATED:  April 27, 2022.

RESPECTFULLY SUBMITTED,

JAMARR SMITH

HICKMAN, GOZA & SPRAGINS, PLLC
Attorneys at Law
Post Office Drawer 668
Oxford, MS 38655-0668
(662) 234-4000 telephone
(662) 234-2000 facsimile
glewis@hickmanlaw.com


BY:  /s/ Goodloe T. Lewis
          GOODLOE T. LEWIS, MSB # 9889

## **CERTIFICATE OF SERVICE**

I, GOODLOE T. LEWIS, attorney for JAMARR SMITH, do hereby certify that I have on this date electronically filed the foregoing document with the Clerk of Court using the ECF system which sent notification of such filing to all counsel of record, including:

Robert Mims
Office of the US Attorney
900 Jefferson Avenue
Oxford, MS  38655
rmims@usadoj.gov


DATED: April 27, 2022.


*/s/ Goodloe T. Lewis*
GOODLOE T. LEWIS


GOODLOE T. LEWIS, MSB # 9889
HICKMAN, GOZA & SPRAGINS, PLLC
Attorneys at Law
Post Office Drawer 668
Oxford, MS 38655-0668