IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**NOTICE OF HEARING**

UNITED STATES OF AMERICA

vs.                                           CASE NO. 3:21cr107-NBB

JAMARR SMITH

      **TAKE NOTICE** that a proceeding in this case has been **SET** for the place, date and time set forth below:

**Place**
UNITED STATES FEDERAL BUILDING
911 JACKSON AVENUE
OXFORD, MISSISSIPPI

**Room No.**
COURTROOM 3 WEST

**Date and Time**
MONDAY, MAY 9, 2022, 1:15 PM

**Type of Proceeding:**

HEARING ON MOTION TO CONTINUE TRIAL
AND ON MOTION FOR ISSUANCE OF SUBPOENA DUCES TECUM
BEFORE U.S. DISTRICT JUDGE NEAL B. BIGGERS, JR.

**ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENTS AS TO COURT APPEARANCES**

DAVID CREWS, Clerk of Court

/s/ Karen Tidwell
(By) Karen Tidwell, Courtroom Deputy

Date: May 4, 2022

To: Goodloe Tankersley Lewis (electronic notice only)
     Robert J. Mime (electronic notice only)

**CONTACT KAREN TIDWELL AT (662)281-3002 OR (662)234-3401
IF YOU HAVE ANY QUESTIONS**