IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

VS. NO.: 3:21-CR-107-NBB-RP

JAMARR SMITH, et al.

**SUPPLEMENTAL MOTION FOR CONTINUANCE**

COMES NOW, the Defendant, Jamarr Smith, by and through the undersigned counsel, and files this Supplemental Motion for Continuance and in support of said motion, would state unto the Court as follows:

I.

Counsel for Smith has recently filed an Application for Issuance of Subpoena Duces Tecum to Google in an attempt to seek information concerning the information provided to the government as part of this investigation. The defendant needs sufficient time to gather and review that information if the application is granted.

II.

The government also recently provided additional discovery, and the defendant is in need of additional time to consider it.

WHEREFORE, PREMISES CONSIDERED, the defendant, Jamarr Smith, respectfully requests a continuance of the trial setting in this case.

DATED: May 4, 2022.

RESPECTFULLY SUBMITTED,

JAMARR SMITH

HICKMAN, GOZA & SPRAGINS, PLLC
Attorneys at Law
Post Office Drawer 668
Oxford, MS 38655-0668
(662) 234-4000 telephone
(662) 234-2000 facsimile
glewis@hickmanlaw.com


BY: _/s/ Goodloe T. Lewis_
     GOODLOE T. LEWIS, MSB # 9889

## **CERTIFICATE OF SERVICE**

I, GOODLOE T. LEWIS, attorney for JAMARR SMITH, do hereby certify that I have on this date electronically filed the foregoing document with the Clerk of Court using the ECF system which sent notification of such filing to all counsel of record, including:

Robert Mims
Office of the US Attorney
900 Jefferson Avenue
Oxford, MS  38655
rmims@usadoj.gov


DATED: May 4, 2022.


       */s/ Goodloe T. Lewis*
       GOODLOE T. LEWIS


GOODLOE T. LEWIS, MSB # 9889
HICKMAN, GOZA & SPRAGINS, PLLC
Attorneys at Law
Post Office Drawer 668
Oxford, MS 38655-0668