IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CASE NO. 3:21CR107-NBB

JAMARR SMITH
THOMAS IROKO AYODELE
GILBERT MCTHUNEL

## ORDER GRANTING CONTINUANCE

Came on to be considered this day the motion of defendant Jamarr Smith requesting the court to continue the trial in this case which is now set to begin on June 6, 2022. Counsel for the defendant states that additional time is needed to prepare a defense to the geofence warrant. The court is advised that counsel for the Government has no objection to the motion.

The Court finds that the ends of justice will be served by granting said continuance, and that such action outweighs the best interest of the public and the defendant in a speedy trial.

It is therefore **ORDERED** that the trial in this matter be, and the same is continued until August 8, 2022, and all pre-trial dates are extended accordingly.

It is further **ORDERED** that the delay from this date until commencement of trial shall be excluded from all computations relation to the Speedy Trial Act pursuant to 18 U. S. C. Section 3161(h)(7)(A).

**ORDERED AND ADJUDGED** this, the 16th day of May, 2022.

/s/ Neal Biggers
**NEAL B. BIGGERS, JR.**
**UNITED STATES DISTRICT JUDGE**