THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

## NOTICE SETTING TRIAL

UNITED STATES OF AMERICA

vs.                                      CASE NO.3:21cr107-NBB

JAMARR SMITH
THOMAS IROKO AYODELE
GILBERT MCTHUNEL

**TAKE NOTICE** that a proceeding in this case has been **RESET** for the place, date and time set forth below:

**Place**
UNITED STATES FEDERAL BUILDING
911 JACKSON AVENUE
OXFORD, MISSISSIPPI

**Room No.**
COURTROOM 3 WEST

**Date and Time**
MONDAY, AUGUST 8, 2022, 9:30 AM

**Type of Proceeding:**

**MVD/JURY TRIAL BEFORE U.S. DISTRICT JUDGE NEAL B. BIGGERS, JR.**

**ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENTS AS TO COURT APPEARANCES**

DAVID CREWS, Clerk of Court

/s/ Karen Tidwell
(By) Karen Tidwell, Courtroom Deputy

Date: May 16, 2022

To:     Goodloe Tankersley Lewis (electronic notice only)
         William F. Travis (electronic notice only)
         Paul A. Chiniche (electronic notice only)
         Robert J. Mims (electronic notice only)

CONTACT KAREN TIDWELL AT (662)281-3002 OR (662)234-3401
IF YOU HAVE ANY QUESTIONS