# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

VS.                                                            CRIMINAL NO. 3:21cr107-NBB

JAMARR SMITH
THOMAS IROKO AYODELE
GILBERT MCTHUNEL

## ORDER GRANTING MOTION FOR TRIAL SUBPOENA

This cause is before the court on the motion of Defendant, Jamarr Smith, for the issuance of a subpoena duces tecum pursuant to *Fed.R.Crim.P.* 17(b) and 17(c). Having considered the application, and being advised there is no opposition, the court finds it is well taken and should be granted.

The defendant may serve upon Google, c/o/ Corporation Service Company, a subpoena duces tecum in the form attached to the application, except that the day and time for production of the subpoenaed items should be "Within 14 days after service of this subpoena".

SO ORDERED this the 16th day of May, 2022.

/s/ Neal Biggers
**NEAL B. BIGGERS, JR.**
**UNITED STATES DISTRICT JUDGE**