IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                                        CAUSE NO. 3:21-CR-107-NBB-RP

JAMARR SMITH, THOMAS IROKO AYODELE aka "ROKO,"
And GILBERT MCTHUNEL II                                                        DEFENDANTS

## ORDER AMENDING CAPTION

This matter is before the court on the Government's Motion to Amend Caption requesting that the caption of this matter be amended to correct the name of the defendant listed as Gilbert McThunel, whose counsel has informed the government that said defendant's correct name is Gilbert McThunel II.   [ECF #61].   The motion states it is made at the request of the subject defendant and his counsel. The court finds the motion is well taken and should be GRANTED.   The caption in this matter is amended to list the defendants as Jamarr Smith, Thomas Iroko Ayodele aka "Roko," and Gilbert McThunel II.   The Clerk of Court is directed to change the style on the docket to reflect this correction, and the parties are directed to observe this change in future filings.

SO ORDERED, this the 18th day of May, 2022.


/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE