IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:21cr107-NBB-RP

JAMARR SMITH,
THOMAS IROKO AYODELE
and GILBERT MCTHUNEL, II

## **ORDER**

The undersigned judge hereby recuses from the above styled and numbered cause. The case is returned to the Clerk of the United States District Court for the Northern District of Mississippi for reassignment.

**SO ORDERED**, this the 19th day of July, 2022.

/s/ Neal Biggers
**NEAL B. BIGGERS, JR.**
**UNITED STATES DISTRICT JUDGE**