IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

VS.  NO.: 3:21-CR-107-SA-RP

JAMARR SMITH, et al.

## MOTION FOR CONTINUANCE

COMES NOW, the Defendant, Jamarr Smith, by and through the undersigned counsel, and files this Motion for Continuance and in support of said motion, would state unto the Court as follows:

I.

This case is currently set for trial for August 8, 2022.

II.

As the court is aware, this case involves a novel investigative technique called a geofence warrant. Due to complex discovery issues associated with this warrant, the defendants are in need of a continuance of the above trial date.

III.

The Government has no objection to this motion.

WHEREFORE, PREMISES CONSIDERED, the defendant, Jamarr Smith, respectfully requests a continuance of the trial setting in this case until after October, 2022.

DATED: July 21, 2022.

RESPECTFULLY SUBMITTED,

JAMARR SMITH

HICKMAN, GOZA & SPRAGINS, PLLC
Attorneys at Law
Post Office Drawer 668
Oxford, MS 38655-0668
(662) 234-4000 telephone
(662) 234-2000 facsimile
glewis@hickmanlaw.com


BY: _/s/ Goodloe T. Lewis_____
GOODLOE T. LEWIS, MSB # 9889

## **CERTIFICATE OF SERVICE**

I, GOODLOE T. LEWIS, attorney for JAMARR SMITH, do hereby certify that I have on this date electronically filed the foregoing document with the Clerk of Court using the ECF system which sent notification of such filing to all counsel of record, including:

Robert Mims
Office of the US Attorney
900 Jefferson Avenue
Oxford, MS  38655
rmims@usadoj.gov


DATED: July 21, 2022.


*/s/ Goodloe T. Lewis*
GOODLOE T. LEWIS


GOODLOE T. LEWIS, MSB # 9889
HICKMAN, GOZA & SPRAGINS, PLLC
Attorneys at Law
Post Office Drawer 668
Oxford, MS 38655-0668