IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  CASE NO. 3:21CR107-SA

JAMARR SMITH,  DEFENDANTS
THOMAS IROKO AYODELE, a/k/a "Roko",
and GILBERT MCTHUNEL, II, a/k/a GILBERT MCTHUNEL

## ORDER GRANTING CONTINUANCE

This cause comes before the Court on Defendant Jamarr Smith's Motion [67] seeking continuance of the trial in this matter currently set for August 8, 2022. Grounds for the continuance of this trial are based on the facts articulated in the Defendant's motion. The Government does not oppose the motion.

It appears to the Court that the motion for continuance is well taken and that the same should be granted. It further appears to the Court, and the Court so finds, that the ends of justice will be served by granting the subject continuance, and that such action outweighs the best interest of the public and the Defendants in a speedy trial.

THEREFORE, it is hereby **ORDERED**, that the pending Motion to Continue Trial [67] is **GRANTED** and that the trial of this matter is **CONTINUED**, as to Defendants Jamarr Smith, Thomas Iroko Ayodele, a/k/a "Roko", and Gilbert McThunel, II, a/k/a Gilbert McThunel, from August 8, 2022, until December 5, 2022, in Oxford, Mississippi at 9:40 a.m. The plea agreement deadline is reset for November 21, 2022. The pre-trial motion deadline is reset for November 14, 2022. It is further **ORDERED** that the delay from this date until commencement of the trial shall be excluded from all computations relative to the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), as to the Defendant.

SO ORDERED this 21st day of July, 2022.

/s/ Sharion Aycock
U. S. DISTRICT COURT JUDGE