AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Mississippi

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 3:18MJ007-RP
Files and records maintained by Google Inc., 1600 )
Ampitheater Parkway, Mountain View, CA 94043 )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
Files and records maintained by Google Inc., 1600 Ampitheater Parkway, Mountain View, CA 94043

located in the _____Northern_____ District of _____California_____, there is now concealed *(identify the person or describe the property to be seized):*
Location information, subscriber information and other evidence as set forth more fully in the attached Affidavit.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2114(a) | Robbery of a U. S. Postal Employee |

The application is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*
INSPECTOR U.S. POSTAL INSPECTION SERVICE
Todd Matney, Special Agent, US Postal Service, OIG
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Nov. 8, 2018

*Judge's signature*

City and state: Oxford, Mississippi    LeRoy D. Percy, United States Magistrate Judge
*Printed name and title*

**Exhibit "A"**