

## U.S. Department of Justice

*United States Attorney*
*Northern District of Mississippi*

900 Jefferson Avenue　　　　　　662/234-3351
Oxford MS 38655-3608　　　　　　Criminal Division fax 662/234-3372

May 26, 2022

Honorable Goodloe Lewis
Hickman, Goza, and Spragins
1305 Madison Avenue
Oxford, MS 38655

　　　　Re:　　United States v. Jamarr Smith
　　　　　　　　NDMS Criminal No. 3:21-CR-107

Dear Goodloe:

　　　　I am in receipt of your letter dated May 25 posing various questions concerning the application for the geo-fence warrant. As to the first three questions, Inspector Matney consulted with me before submitting the application for the warrant. This was the first geo-fence warrant he had ever requested. As to the fourth question, knowing Judge Percy, I suspect he read the application very closely, but if you want detailed information regarding how long he spent, you will need to ask him. As to the remaining questions, I'm not inclined to provide any specific response, as I don't believe I am required to do so and the questions don't really seem relevant to any potential issue in this matter. It doesn't matter how many times Inspector Matney has requested a geo-fence warrant in the past or what kind of training he had in regard to geo-fence warrants specifically; the only issue is whether the Magistrate Judge finds probable cause to issue the warrant, which he clearly did. Any template or form used in applying for the warrant would be considered work product and therefore privileged.

　　　　There is really nothing magical about the training and application process for geo-fence warrants. It is just another search warrant, the issuance of which must be supported by probable cause. Law enforcement agents are trained on search warrants and most seasoned agents, like Inspector Matney, have a great deal of experience in seeking search warrants. There was nothing unusual about the process for seeking a warrant in this matter.

　　　　If you have any additional questions regarding this matter, please give me a call.

　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　CLAY JOYNER
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　By: *[signature]*
　　　　　　　　　　　　　　　　　　　　　　ROBERT J. MIMS
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

**Exhibit "H"**