IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

UNITED STATES OF AMERICA

VS.                                                                                          CAUSE NO.  3:21CR107

THOMAS IROKO AYODELE aka "ROKO"

---

**THOMAS IROKO AYODELE A/K/A "ROKO"'S JOINDER IN MOTION TO SUPPRESS AND MEMORANDUM**

---

**COMES NOW**, the Defendant, **Thomas Iroko Ayodele a/k/a "Roko"**, by and through the undersigned counsel, William F. Travis, and files this Joinder to the *Motion to Suppress Evidence* **[Doc. 74]** *and Memorandum of Authorities in Support of Motion to Suppress* **[Doc. 75]** filed by Jamarr Smith and in Support of motion, would state unto the Court as follows:

**I.**

Defendant, Thomas Iroko Ayodele a/k/a "Roko", hereby joins in and adopts the *Motion to Suppress Evidence* **[Doc. 74]** *and Memorandum of Authorities in Support of Motion to Suppress* **[Doc. 75]** filed by Jamarr Smith.

**II.**

The search and seizure of Mr. Ayodele's cell phone location violated constitutional standards, and any evidence seized and statements made must be suppressed as "fruit of the poisonous tree." *Wong Sun v. United States,* 371 U.S. 471 (1963).

WHEREFORE, PREMISES CONSIDERED, the defendant, Thomas Iroko Ayodele a/k/a "Roko", respectfully requests that the Court upon consideration of the joinder will grant the Motion to Suppress and Memorandum and relief requested.

**RESPECTUFLLY SUBMITTED,** this the 9th day of November, 2022.

                           **THOMAS IROKO AYODELE, Defendant**

                           **BY: /s/ William F. Travis**_____
                               **William F. Travis, MSB 8267**
                               **8619 Highway 51 N.**
                               **Southaven, MS 38671**
                               **(662)393-9295**
                               **(662)393-9414 fax**
                               **bill@southavenlaw.com**

## CERTIFICATE OF SERVICE

      I, the undersigned attorney, do hereby certify that a true and correct copy of the foregoing Defendant's Response to Government's Request for Notice of Alibi Defense has this day been electronically mailed to:

Honorable Robert Mims
robert.mims@usdoj.gov

Hon. Goodloe T. Lewis
glewis@hickmanlaw.com

Hon. Paul Chiniche
pc@chinichelawfirm.com

**THIS**, the 9th day of November, 2022.

                                                       /s/ William F. Travis_____
                                                   William F. Travis, Certifying Attorney