IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  CASE NO. 3:21CR107-SA

JAMARR SMITH, DEFENDANTS
THOMAS IROKO AYODELE, a/k/a "Roko",
and GILBERT MCTHUNEL, II, a/k/a GILBERT MCTHUNEL

## ORDER

This cause comes before the Court on its own Motion. The hearing currently scheduled for November 29, 2022, on Defendant Jamarr Smith's Motion to Suppress [74], as well as the Joinders of Defendants Gilbert McThunel, II, a/k/a Gilbert McThunel [76] and Thomas Iroko Ayodele, a/k/a "Roko" [79] in this matter is continued until further Order of the Court. The hearing will be reset by separate notice.

SO ORDERED this 10th day of November, 2022.

/s/ Sharion Aycock
U. S. DISTRICT COURT JUDGE