IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                          CRIMINAL CASE NO. 3:21-CR-107-SA

JAMARR SMITH,
THOMAS IROKO AYODELE
GILBERT MCTHUNEL, II                          DEFENDANTS

## ORDER

Now before the Court is the Defendants' Motion for Extension of Time [89], wherein they request that the Court extend their deadline to file their Reply in connection with the pending Motion to Suppress [74]. Specifically, the Defendants request that the deadline be extended to December 9, 2022. The Motion [89] is GRANTED. The Defendants shall file their Reply on or before December 9, 2022. No further extensions will be granted.

SO ORDERED, this the 17th day of November, 2022.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE