**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                                    **CAUSE NO.  3:21CR107**

**THOMAS IROKO AYODELE aka "ROKO"**

---

**THOMAS IROKO AYODELE A/K/A "ROKO"'S JOINDER TO REBUTTAL**
**MEMORANDUM OF AUTHORITIES IN  SUPPORT OF MOTION TO SUPPRESS**
**[DOC.91]**

---

      **COMES NOW**, the Defendant, **Thomas Iroko Ayodele a/k/a "Roko"**, by and through the undersigned counsel, William F. Travis, and files this his Joinder to the Rebuttal memorandum of Authorities In Support of Motion to Suppress [Doc.91] filed by Jamarr Smith, and in support of said motion, would state unto the Court as follows:

**I.**

      Defendant, Thomas Iroko Ayodele a/k/a "Roko", hereby joins in and adopts the Rebuttal Memorandum of Authorities In Support of Motion to suppress [Doc.91] filed by Defendant Jamarr Smith.

      WHEREFORE, PREMISES CONSIDERED, the defendant, Thomas Iroko Ayodele a/k/a "Roko", respectfully requests that the Court grant the motion and memorandum filed by Jamarr Smith.

**RESPECTUFLLY SUBMITTED,** this the 5th day of <u>January</u>, 2022.


                        **THOMAS IROKO AYODELE, Defendant**


                        **BY: <u>/s/ William F. Travis</u>**
                              **William F. Travis, MSB 8267**
                              **8619 Highway 51 N.**
                              **Southaven, MS 38671**
                              **(662)393-9295**
                              **(662)393-9414 fax**
                              **bill@southavenlaw.com**


## CERTIFICATE OF SERVICE

       I, the undersigned attorney, do hereby certify that a true and correct copy of the foregoing Joinder has this day been electronically mailed to all parties of record.

       **THIS**, the 5th day of <u>January</u>, 2022.


                        <u>/s/ William F. Travis</u>
                        William F. Travis, Certifying Attorney