UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                                              CRIMINAL NO.  3:21-CR-107-SA

JAMARR SMITH. THOMAS,                                          DEFENDANTS
THOMAS IROKO AYODELE, a/k/a "Roko",
and GILBERT MCTHUNEL, II, a/k/a Gilbert McThunel

ORDER CONTINUING HEARING ON MOTION TO SUPPRESS

Presently before the court is Defendant Gilbert McThunel, II's Motion [94] for Continuance of the hearing on Defendant Jamarr Smith's Motion to Suppress [74] in this cause, which is presently set for January 17, 2023.  The grounds for the requested continuance are articulated in the Motion [94]. The Government does not oppose the Motion [94].

The Motion [94] is well-taken and is therefore GRANTED.  The hearing on Defendant Jamarr Smith's Motion to Suppress [74] will be reset by separate notice.

SO ORDERED this the 6th day of January, 2023.

/s/      Sharion Aycock
UNITED STATES DISTRICT JUDGE