Notice (N.D.Miss.1990)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

## NOTICE OF HEARING

UNITED STATES OF AMERICA

v.                                                      CASE NUMBER: 3:21-CR-107-SA

JAMARR SMITH, et al                                                      DEFENDANTS

**TAKE NOTICE** that a proceeding in this case has been **RESET** for the place, date, and time set forth below:

**Place**
**UNITED STATES DISTRICT COURT**
**911 JACKSON AVENUE EAST**
**OXFORD, MISSISSIPPI**

**Room No.**
**COURTROOM 1 – FIRST FLOOR**

**Date and Time**
**TUESDAY, JANUARY 31, 2023 – 10:00 A.M.**

**Type of Proceeding**

**HEARING ON DEFENDANT JAMARR SMITH'S MOTION TO SUPPRESS EVIDENCE [74] AND JOINDERS OF DEFENDANTS GILBERT MCTHUNEL, II [76] AND THOMAS IROKO AYODELE [79].**

**\*ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENT(S) AS TO COURT APPEARANCES.**

DAVID CREWS, Clerk of Court

BY:___/s/_____Tracy Wright_____
                    Courtroom Deputy

Date:  January 6, 2023

To:  Goodloe Tankersley Lewis (electronic notice only)      William F. Travis (electronic notice only)
        Paul A. Chiniche (electronic notice only)                    Robert J. Mims (electronic notice only)
        U.S. Marshal (electronic notice only)                          U.S. Probation Service (electronic notice only)

**CONTACT CHAMBERS AT 662-369-2628 or judge_aycock@msnd.uscourts.gov
IF YOU HAVE ANY QUESTIONS.**