UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

**CRIMINAL MINUTES - GENERAL**

**Case No.**     3:21-CR-107-SA                **Place Held:** Oxford, Mississippi

**Style:**     USA v. JAMARR SMITH; THOMAS IROKO AYODELE, a/k/a "Roko"; AND GILBERT MCTHUNEL, II, a/k/a Gilbert McThunel

**Date & Time Began:**     1/31/2023, 10:06 A.M.
**Date & Time Ended:**     1/31/2023, 5:20 P.M.

**Total Time:**     5 hours 31 minutes

**PRESENT:**

**HONORABLE SHARION AYCOCK, JUDGE**

| | |
|---|---|
| Tracy Wright (in person) | Phyllis McLarty (in person) |
| **Courtroom Deputy** | **Court Reporter** |

**Attorney for Government:**
Robert J. Mims (in person)
Clyde McGee (in person)

**Attorney(s) for Defendant:**
Goodloe Tankersley Lewis (in person)
William F. Travis (in person)
Paul A. Chiniche (in person)

**PROCEEDINGS:**     Hearing on Motion to Suppress [74].

**DOCKET ENTRY:**     Hearing held. Witnesses testified. Exhibits introduced. Order to follow.

**DAVID CREWS, CLERK**

By:  _____/s/ Tracy Wright_____
     Courtroom Deputy