# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  CASE NO. 3:21-CR-107-SA

JAMARR SMITH;  DEFENDANTS
THOMAS IROKO AYODELE, a/k/a "Roko"
GILBERT MCTHUNEL, II, a/k/a Gilbert McThunel

## EXHIBIT LIST

**Hearing on Motion to Suppress [74]**

| Presiding Judge: Sharion Aycock | Attorney for Government: Robert J. Mims Clyde McGee IV | Attorney for Defendant: Goodloe Tankersley Lewis William F. Travis Paul A. Chiniche |
|---|---|---|
| Hearing: 1/31/2023 | Court Reporter: Phyllis McLarty | Courtroom Deputy: Tracy Wright |

| Gov. | Def. | Date Offered | m | a | Description of Exhibits |
|---|---|---|---|---|---|
| G-1 | | | X | X | Video of Incident 2/5/2018 |
| G-2 | | | X | X | Attachment A, Section II to Search Warrant issued 11/8/2018 |
| G-3 | | | X | X | Google Geofence Warrant Results |
| G-4a | | | X | X | Plotting of data from Initial Google Geofence Warrant Results |
| G-4b | | | X | X | Zoomed in image of Exhibit G-3 |

**\*Exhibit G-1 is filed as a restricted exhibit in the Clerk's Office for the United States District Court – Northern District of Mississippi, in Amory, Mississippi and available upon request to counsel of record.**