UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO.  3:21cr107

JAMARR SMITH, ET AL

## NOTICE OF APPEARANCE

Notice is hereby given that Assistant United States Attorney Clyde McGee will serve as counsel for the United States in the above-referenced case.

This submitted the 31st day of January, 2023.

                                                    Respectfully submitted,

                                                   CLAY JOYNER
                                                   United States Attorney
                                                   Mississippi Bar No. 10316

                                                   */s/ Clyde McGee*
                                                   CLYDE MCGEE
                                                   Assistant United States Attorney
                                                   Mississippi Bar No.102229

## CERTIFICATE OF SERVICE

I, Clyde McGee certify that I electronically filed the foregoing **Notice of Appearance** with the Clerk of the Court using the ECF system which sent notification of such filing to the attorneys of record in this matter.

This the 21st day of January, 2023.

*/s/ Clyde McGee*
Assistant United States Attorney