IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

VS. NO.: 3:21-CR-107-NBB-RP

JAMARR SMITH, et al.

## MOTION IN LIMINE AS TO PREJUDICIAL PHOTOGRAPHS

COMES NOW, Jamarr Smith, and files this Motion in Limine as to Prejudicial Photographs, and would state unto the court as follows:

I.

It is anticipated that the government may attempt to introduce evidence of photographs taken from Facebook or other social media of the defendants depicting firearms.

II.

The Court should exclude this evidence under Fed. R. Evid. 403 on the basis that such evidence is far more prejudicial than probative, particularly since the defendants are allowed to legally possess firearms, and the probative value of a picture of a firearm on someone's Facebook page is extremely low.

WHEREFORE, PREMISES CONSIDERED, the defendant Jamarr Smith respectfully requests that the Court prohibit introduction of evidence of photographs of firearms from the

defendants' social media pages.

                                       RESPECTFULLY SUBMITTED,

                                       JAMARR SMITH

                                       HICKMAN, GOZA & SPRAGINS, PLLC
                                       Attorneys at Law
                                       Post Office Drawer 668
                                       Oxford, MS 38655-0668
                                       (662) 234-4000 telephone
                                       (662) 234-2000 facsimile
                                       glewis@hickmanlaw.com


                         BY:  */s/ Goodloe T. Lewis*
                                 GOODLOE T. LEWIS, MSB # 9889

## **CERTIFICATE OF SERVICE**

I, GOODLOE T. LEWIS, attorney for JAMARR SMITH, do hereby certify that I have on this date electronically filed the foregoing document with the Clerk of Court using the ECF system which sent notification of such filing to all counsel of record, including:

Robert Mims
Office of the US Attorney
900 Jefferson Avenue
Oxford, MS  38655
rmims@usadoj.gov


DATED: February 14, 2023.


*/s/ Goodloe T. Lewis*
GOODLOE T. LEWIS


GOODLOE T. LEWIS, MSB # 9889
HICKMAN, GOZA & SPRAGINS, PLLC
Attorneys at Law
Post Office Drawer 668
Oxford, MS 38655-0668