IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

VS.  Criminal Case No: 3:21-CR-107

GILBERT MCTHUNEL II, et al.

**DEFENDANT GILBERT MCTHUNEL II'S JOINDER TO MOTION IN LIMINE AS TO INTERPRETATION OF VIDEOS [DOC.107]**

COMES NOW, the Defendant, GILBERT MCTHUNEL II ("Mr. McThunel"), by and through counsel, and files this his Joinder to the Motion In Limine As To Interpretation Of Videos [**Doc.107**] filed by Jamarr Smith.

1. Mr. McThunel moves the Court for the same relief sought and respectfully requests to participate in any hearing on said motion made by Co-Defendant, Jamarr Smith.

WHEREFORE PREMISES CONSIDERED, the Defendant, Gilbert McThunel, II, respectfully requests that the Court upon consideration of this joinder will grant the relief requested.

RESPECTFULLY SUBMITTED, on this the 15th day of February, 2023

GILBERT MCTHUNEL, II, Defendant

BY:     */s/ Paul Chiniche*
        Paul Chiniche (MSB#101582)
        CHINICHE LAW FIRM, PLLC.
        Post Office Box 1202
        Oxford, Mississippi 38655
        Tel: 662-234-4319
        Email: pc@chinichelawfirm.com

CERTIFICATE OF SERVICE

      I, PAUL CHINICHE, attorney for the Defendant, GILBERT MCTHUNEL, II, in the above and foregoing action, do hereby certify that I have electronically filed the above and foregoing with the Clerk of the United States District Court using the ECF system which sent notification of such filing to the following:

Robert Mims, AUSA
Email: robert.mims@usdoj.gov

Goodloe Lewis, Esq.
Email: glewis@hickmanlaw.com
(Counsel for Defendant Jamarr Smith)

William F. Travis, Esq.
Email: bill@southavenlaw.com
(Counsel for Defendant Thomas Iroko Ayodele)

SO CERTIFIED this the 15th day of February, 2023.

                                                    */s/ Paul Chiniche*
                                                    PAUL CHINICHE