# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**UNITED STATES OF AMERICA**

**VS.**  **CAUSE NO. 3:21CR107**

**THOMAS IROKO AYODELE aka "ROKO"**

---

### DEFENDANT THOMAS IROKO AYODELE A/K/A "ROKO"'S JOINDER IN MOTION IN LIMINE AS TO EXPERT TESTIMONY BY NON-DESIGNATED EXPERTS [DOC. 106]

---

**COMES NOW**, the Defendant, **Thomas Iroko Ayodele a/k/a "Roko"**, by and through the undersigned counsel, William F. Travis, and files this Joinder to the *Motion in Limine As To Expert Testimony by Non-Designated Experts* **[Doc. 106]** filed by Jamarr Smith.

1. Defendant, Thomas Iroko Ayodele a/k/a "Roko", moves the Court for the same relief sought and respectfully requests to participate in any hearing on said motion made by Co-Defendant Jamarr Smith.

WHEREFORE, PREMISES CONSIDERED, the defendant, Thomas Iroko Ayodele a/k/a "Roko", respectfully requests that the Court upon consideration of this joinder will grant the relief requested.

**RESPECTUFLLY SUBMITTED,** this the 16th day of February, 2023.

THOMAS IROKO AYODELE, Defendant

BY: */s/ William F. Travis*_____
William F. Travis, MSB 8267
8619 Highway 51 N.
Southaven, MS 38671
(662)393-9295
(662)393-9414 fax
bill@southavenlaw.com

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that a true and correct copy of the foregoing Joinder to the *Motion in Limine As To Expert Testimony by Non-Designated Experts* has this day been electronically mailed to:

Honorable Robert Mims
robert.mims@usdoj.gov

Hon. Goodloe T. Lewis
glewis@hickmanlaw.com

Hon. Paul Chiniche
pc@chinichelawfirm.com

**THIS**, the 16th day of February, 2023.

                                                  */s/ William F. Travis*
                                                  William F. Travis, Certifying Attorney