# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                        **CAUSE NO. 3:21CR107**

**THOMAS IROKO AYODELE aka "ROKO"**

---

### DEFENDANT THOMAS IROKO AYODELE A/K/A "ROKO"'S JOINDER IN MOTION IN LIMINE AS TO PREJUDICIAL PHOTOGRAPHS [DOC. 108]

---

**COMES NOW**, the Defendant, **Thomas Iroko Ayodele a/k/a "Roko"**, by and through the undersigned counsel, William F. Travis, and files this Joinder to the *Motion in Limine As To Prejudicial Photographs* **[Doc. 108]** filed by Jamarr Smith.

1. Defendant, Thomas Iroko Ayodele a/k/a "Roko", moves the Court for the same relief sought and respectfully requests to participate in any hearing on said motion made by Co-Defendant Jamarr Smith.

WHEREFORE, PREMISES CONSIDERED, the defendant, Thomas Iroko Ayodele a/k/a "Roko", respectfully requests that the Court upon consideration of this joinder will grant the relief requested.

**RESPECTUFLLY SUBMITTED,** this the 16th day of February, 2023.

                                                            THOMAS IROKO AYODELE, Defendant

                                                            BY: */s/ William F. Travis*
                                                                 William F. Travis, MSB 8267
                                                                 8619 Highway 51 N.
                                                                 Southaven, MS 38671
                                                                 (662)393-9295
                                                                 (662)393-9414 fax
                                                                 bill@southavenlaw.com

## CERTIFICATE OF SERVICE

      I, the undersigned attorney, do hereby certify that a true and correct copy of the foregoing Joinder to the *Motion in Limine As To Prejudicial Photographs* has this day been electronically mailed to:

Honorable Robert Mims
robert.mims@usdoj.gov

Hon. Goodloe T. Lewis
glewis@hickmanlaw.com

Hon. Paul Chiniche
pc@chinichelawfirm.com


**THIS**, the 16th day of February, 2023.


                                              */s/ William F. Travis*_____
                                              William F. Travis, Certifying Attorney