IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL CASE NO. 3:21-CR-107-SA

JAMARR SMITH,
THOMAS IROKO AYODELE aka "ROKO",
and GILBERT MCTHUNEL, II  DEFENDANTS

ORDER

At the beginning of the trial the Court heard argument on the Defendants' Motions *in Limine* [106, 107, 108]. The Court issued an oral ruling on each of the Motions on the record. Therefore, the Motions [106, 107, 108] need not remain pending on the docket and are hereby terminated.

SO ORDERED, this the 21st day of February, 2023.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE