IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

VS. NO.: 3:21-CR-107-NBB-RP

JAMARR SMITH, et al.

## MOTION FOR BOND PENDING SENTENCING

COMES NOW, the defendant, Jamarr Smith, by and through the undersigned counsel, and files this Motion for Bond Pending Sentencing, would state unto the Court as follows:

I.

Smith intends to show by clear and convincing evidence that (1) he is not likely to flee; and/or (2) he poses no danger to the safety of any other person or the community. *See* 18 U.S.C. § 3143(a).

WHEREFORE, PREMISES CONSIDERED, the defendant Jamarr Smith respectfully requests that he be released on bond pending sentencing.

RESPECTFULLY SUBMITTED,

JAMARR SMITH

BY: /s/ *Goodloe T. Lewis*
GOODLOE T. LEWIS, MSB # 9889
HICKMAN, GOZA & SPRAGINS, PLLC
Post Office Drawer 668
Oxford, MS 38655-0668
(662) 234-4000 telephone
(662) 234-2000 facsimile
glewis@hickmanlaw.com

## **CERTIFICATE OF SERVICE**

I, GOODLOE T. LEWIS, attorney for JAMARR SMITH, do hereby certify that I have on this date electronically filed the foregoing document with the Clerk of Court using the ECF system which sent notification of such filing to all counsel of record, including:

Robert Mims
Office of the US Attorney
900 Jefferson Avenue
Oxford, MS  38655
rmims@usadoj.gov

DATED: February 27, 2023.

>*/s/ Goodloe T. Lewis*
>GOODLOE T. LEWIS

GOODLOE T. LEWIS, MSB # 9889
HICKMAN, GOZA & SPRAGINS, PLLC
Attorneys at Law
Post Office Drawer 668
Oxford, MS 38655-0668