UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

### CRIMINAL MINUTES-JURY TRIAL

**Case No.** 3:21-CR-107-SA     **Place Held:** OXFORD, MISSISSIPPI

**Style:** UNITED STATES OF AMERICA V. JAMARR SMITH; THOMAS IROKO AYODELE, a/k/a "ROKO"; and GILBERT MCTHUNEL, II, a/k/a GILBERT MCTHUNEL

**Date & Time Began:** 2/21/2023, 9:54 a.m.
**Date & Time Ended:** 2/24/2023, 4:13 p.m.
    **Total Time** – 17 hours 59 minutes

2/21/2023 – 9:54 a.m. – 3:40 p.m. (4 hours, 12 minutes)
2/22/2023 – 9:26 a.m. – 5:15 p.m. (6 hours, 07 minutes)
2/23/2023 – 9:30 a.m. – 4:15 p.m. (4 hour, 43 minutes)
2/24/2023 – 9:35 a.m. – 4:13 p.m. (2 hours, 57 minutes)

**PRESENT:  HONORABLE SHARION AYCOCK, JUDGE**

| | |
|---|---|
| Tracy Wright | Phyllis McLarty |
| **Courtroom Deputy** | **Official Court Reporter** |
| **Attorney for Government:** | **Attorney for Defendant:** |
| Robert J. Mims | Goodloe Tankersley Lewis |
| Clyde McGee IV | William F. Travis |
| | Paul A. Chiniche |

Deliberations Began:  2/24/2023, 12:15 p.m.
Verdict Returned:    2/24/2023, 4:00 p.m.

**Verdict as to Jamarr Smith:**   Guilty on Counts 1 and 2 of the Indictment.
**Verdict as to Thomas Iroko Ayodele, a/k/a "Roko":** Guilty on Counts 1 and 2 of the Indictment.
**Verdict as to Gilbert McThunel, II, a/k/a Gilbert McThunel:** Guilty on Counts 1 and 2 of the Indictment.

Exhibits Introduced Yes                              Witnesses Yes

**REMARKS:** Voir dire conducted; jury impaneled. Arguments regarding Motion in Limine as to Expert Testimony by Non-Designated Experts [106], Motion in Limine as to Interpretation of Videos [107], and Motion in Limine as to Prejudicial Photographs [108] heard by the Court prior to the commencement of the trial. Order [121] entered on the docket on 2/21/2023. Jury trial conducted. Government presented case, witnesses testified, exhibits introduced. Oral Motion in

Limine as to Defendant Gilbert McThunel /DENIED. Government rested. Defendants made oral Rule 29 Motion for Judgment of Acquittal/DENIED. Defense rested. Government finally rested. Jury deliberated. 2/24/2023 - Note from jury: Parties reconvened in the courtroom to address jury note question. Written response provided to the jury. Jury resumed deliberations; verdict returned. Jury Polled. Jury excused. Order setting sentencing to follow. Defendants remanded to the custody of the U.S. Marshal.

**DAVID CREWS, CLERK**

By:    /s/ Tracy Wright
             Courtroom Deputy