IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 3:21-CR-107

JAMARR SMITH; DEFENDANTS
THOMAS IROKO AYODELE, a/k/a "Roko"; and
GILBERT MCTHUNEL, II, a/k/a Gilbert McThunel

EXHIBIT LIST

| Presiding Judge: Sharion Aycock | Attorney for Government: Robert J. Mims  Clyde McGee IV | Attorney for Defendant: Goodloe Tankersley Lewis  William F. Travis  Paul A. Chiniche |
|---|---|---|
| JURY TRIAL 2/21/2023 through 2/24/2023 | Court Reporter: Phyllis McLarty | Courtroom Deputy: Tracy Wright |

| Gov. | Dft. | Date offered | m | a | Description of Exhibits |
|---|---|---|---|---|---|
| G-1 | | 2/22/2023 | X | X | Video from Robbery |
| G-2a | | 2/22/2023 | X | X | Photo of U.S. Mail Truck (side) |
| G-2b | | 2/22/2023 | X | X | Photo of U.S. Mail Truck (rear) |
| G-3 | | 2/22/2023 | X | X | Google records obtained from geo-fence warrant |
| G-3a | | 2/22/2023 | X | X | Step 1 list |
| G-3b | | 2/22/2023 | X | X | Step 3 Information (3 pages) |
| G-3c | | 2/22/2023 | X | X | Letter from Google dated 11/21/2018 |
| G-4 | | 2/22/2023 | X | X | Google records pertaining to location history for Smith and McThunel |
| G-4a | | 2/22/2023 | X | X | Excerpt (2 pages) |
| G-5 | | 2/22/2023 | X | X | T-Mobile Records (call logs and location information) for Smith |
| G-5a | | 2/22/2023 | X | X | Excerpts (13 pages) |
| G-5b | | 2/22/2023 | X | X | Interpreting Call Detail Records (2 pages) |
| G-5c | | 2/22/2023 | X | X | UTC Information |

| G-6 | | 2/22/2023 | X | X | C-Spire Records (call logs and location information) for McThunel |
|---|---|---|---|---|---|
| G-6a | | 2/22/2023 | X | X | Excerpts – calls (3 pages) |
| G-6b | | 2/22/2023 | X | X | Excerpts – texts (2 pages) |
| G-7 | | 2/22/2023 | X | X | AT&T Records (call logs and location information) for Ayodele |
| G-7b | | 2/22/2023 | X | X | Excerpts from AT&T Records – texts (5 pages) |
| G-7c | | 2/22/2023 | X | X | Subscriber Information – AT&T (2 pages) |
| G-7d | | 2/22/2023 | X | X | AT&T Records Key (9 pages) |
| G-7e | | 2/22/2023 | X | X | AT&T Mobility with cell location report |
| G-8 | | 2/22/2023 | X | X | 911 Call |
| G-9 | | 2/22/2023 | X | X | C-Spire records (call logs and location information) for Hines |
| G-9a | | 2/22/2023 | X | X | Excerpts- calls (4 pages) |
| G-9b | | 2/22/2023 | X | X | Excerpts – texts (6 pages) |
| G-9c | | 2/22/2023 | X | X | Subscriber Information |
| G-9d | | 2/22/2023 | X | X | C-Spire explanation of columns |
| G-10 | | 2/22/2023 | X | X | AT&T records (call logs and location information) for Jordan |
| G-10a | | 2/22/2023 | X | X | Excerpts – calls (4 pages) |
| G-11 | | 2/22/2023 | X | X | Records from Kirk Auto Company (42 pages) |
| G-12 | | 2/22/2023 | X | X | List of relevant phone numbers as of 2/5/2018 |
| G-13a | | 2/22/2023 | X | X | Overhead view of scene from drone video |
| G-13b | | 2/22/2023 | X | X | Overhead view of scene from drone video |
| G-14 | | 2/22/2023 | X | X | Deposit slips and other records showing total cash in stolen registered mail bags (5 pages) |
| G-15 | | 2/22/2023 | X | X | Photo of white GMC Yukon compared to still shot of white SUV from robbery |
| G-16 | | 2/22/2023 | X | X | Facebook photo of Ayodele standing in front of his white SUV |
| G-17 | | 2/22/2023 | X | X | Facebook photo of Smith standing in front of Ayodele's white SUV compared to still photo of white SUV from robbery video |
| G-18 | | 2/22/2023 | X | X | Photos of Ayodele's white SUV at Twin's Shift Shop (4 pages) |
| G-19 | | 2/22/2023 | X | X | Photo of red Hyundai Sonata compared to still shot of red sedan from robbery video |
| G-20 | | 2/22/2023 | X | X | Facebook photos of Hines & Smith |

| G-21 |  | 2/23/2023 | X | X | Photo lineups presented to Coffman (3 pages) |
|---|---|---|---|---|---|
| G-23 |  | 2/22/2023 | X | X | Excerpts from Facebook records of Ayodele (4 pages) |
| G-24 |  | 2/22/2023 | X | X | Excerpts from Facebook records of Smith (10 pages) |
| G-25 |  | 2/23/2023 | X | X | 3 videos and one PowerPoint presentation prepared by Christopher Moody |
| G-25a |  | 2/23/2023 | X | X | Printout of PowerPoint presentation prepared by Christopher Moody |
| G-26 |  | 2/22/2023 | X | X | List of relevant addresses developed as of 2/5/2018 |