IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

VS.                                                         Criminal Case No: 3:21-CR-107

GILBERT MCTHUNEL II, et al.

**MOTION FOR BOND PENDING SENTENCING**

COMES NOW, the Defendant, GILBERT MCTHUNEL II ("Mr. McThunel"), by and through counsel, and files this motion for bond pending sentencing pursuant to 18 U.S.C. § 3143 and would show as follows:

1. Mr. McThunel was found guilty of counts 1 and 2 by a jury on Friday, February 24, 2023. Following the jury verdict, Mr. McThunel was taken into custody by the U.S. Marshal's Service. Pursuant to 18 U.S.C. § 3143(a)(2)(B), Mr. McThunel, II, would show that he could be released on bond pending his sentencing hearing if "(B) the judicial officer finds by clear and convincing evidence that the person is not likely to flee or pose a danger to any other person or the community." *Id*.

2. That Mr. McThunel, II, would show that clear and convincing evidence exists that he is not likely to flee or pose a danger to any other person or the community and that he should be released on the same bond and conditions he was subject to prior to his trial.

WHEREFORE PREMISES CONSIDERED, the Defendant, Gilbert McThunel, II, respectfully requests that the Court grant him bond pending his sentencing hearing pursuant to 18 U.S.C. § 3143(a)(2)(B).

RESPECTFULLY SUBMITTED, on this the 27th day of February, 2023

GILBERT MCTHUNEL, II, Defendant

BY:    */s/ Paul Chiniche*
Paul Chiniche (MSB#101582)
CHINICHE LAW FIRM, PLLC.
Post Office Box 1202
Oxford, Mississippi 38655
Tel: 662-234-4319
Email: pc@chinichelawfirm.com

CERTIFICATE OF SERVICE

     I, PAUL CHINICHE, attorney for the Defendant, GILBERT MCTHUNEL, II, in the above and foregoing action, do hereby certify that I have electronically filed the above and foregoing with the Clerk of the United States District Court using the ECF system which sent notification of such filing to the following:

Robert Mims, AUSA
Email: robert.mims@usdoj.gov

Goodloe Lewis, Esq.
Email: glewis@hickmanlaw.com
(Counsel for Defendant Jamarr Smith)

William F. Travis, Esq.
Email: bill@southavenlaw.com
(Counsel for Defendant Thomas Iroko Ayodele)

SO CERTIFIED this the 27th day of February, 2023.

                          */s/ Paul Chiniche*
                          PAUL CHINICHE