UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

# NOTICE OF HEARING

UNITED STATES OF AMERICA

v.          CASE NUMBER: 3:21-CR-107-SA-2

THOMAS IROKO AYODELE, a/k/a "ROKO"         DEFENDANT

**TAKE NOTICE** that a proceeding in this case has been **SET** for the place, date, and time set forth below:

**Place**
UNITED STATES DISTRICT COURT
911 JACKSON AVENUE EAST
OXFORD, MISSISSIPPI

**Room No.**
COURTROOM 1 - FIRST FLOOR

**Date and Time**
TUESDAY, MAY 30, 2023 – 1:30 P.M.

**Type of Proceeding**

SENTENCING AS TO COUNTS ONE AND TWO OF THE INDICTMENT
BEFORE UNITED STATES DISTRICT JUDGE SHARION AYCOCK.

\*ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENT(S)
AS TO COURT APPEARANCES.

DAVID CREWS, Clerk of Court

BY: /s/ Tracy Wright
Courtroom Deputy

Date: February 27, 2023

To: William F. Travis (electronic notice only)
     Robert J. Mims (electronic notice only)
     Clyde McGee IV (electronic notice only)

U.S. Marshal (electronic notice only)
U.S. Probation Service (electronic notice only)

**CONTACT CHAMBERS AT 662-369-2628 or judge_aycock@msnd.uscourts.gov
IF YOU HAVE ANY QUESTIONS**.