## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## DELTA DIVISION

UNITED STATES OF AMERICA

VS.  CAUSE NO. 3:21CR107

THOMAS IROKO AYODELE aka "ROKO"

---

### MOTION FOR BOND PENDING SENTENCING

---

**COMES NOW**, the Defendant, **Thomas Iroko Ayodele a/k/a "Roko"**, by and through the undersigned counsel, William F. Travis, and files this Motion for Bond Pending Sentencing, would state unto the Court as follows:

1. Ayodele intends to show by clear and convincing evidence that (1) he is not likely to flee; and/or (2) he poses no danger to the safety of any other person in the community. *See* 18 U.S.C. § 3143(a).

WHEREFORE, PREMISES CONSIDERED, the defendant, Thomas Iroko Ayodele a/k/a "Roko", respectfully requests that he be released on bond pending sentencing.

**RESPECTUFLLY SUBMITTED,** this the 27th day of February, 2023.

THOMAS IROKO AYODELE, Defendant

BY: */s/ William F. Travis*
    William F. Travis, MSB 8267
    8619 Highway 51 N.
    Southaven, MS 38671
    (662)393-9295
    (662)393-9414 fax
    bill@southavenlaw.com

## CERTIFICATE OF SERVICE

      I, the undersigned attorney, do hereby certify that a true and correct copy of the foregoing Joinder to the *Motion for Bond Pending Sentencing* has this day been electronically mailed to:

Honorable Robert Mims
robert.mims@usdoj.gov


**THIS**, the 27th day of February, 2023.

                                    */s/ William F. Travis*_____
                                    William F. Travis, Certifying Attorney