IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

UNITED STATES OF AMERICA

VS.                                                                                  CAUSE NO.  3:21CR107

THOMAS IROKO AYODELE aka "ROKO"

## MOTION FOR NEW TRIAL

Verdict and judgement for the government of the District Court of the Northern District of Mississippi entered on February 24, 2023.  The defendant being dissatisfied with the verdict and judgement in said case, and within 7 days from said guilty verdict, moves the Court for a new trial upon the following grounds:

1. Because the verdict is contrary to evidence and without evidence to support it.

2. Because the verdict is decidedly and strongly against the weight of the evidence; that said evidence is insufficient to sustain a conviction.

3. Because the verdict is contrary to law and the principles of justice and equity.

WHEREUPON the defendant prays that these his grounds for a new trial, upon hearing hereon, be inquired of by the Court and that a new trial be granted.

**RESPECTUFLLY SUBMITTED,** this the 1ˢᵗ day of March, 2023.

THOMAS IROKO AYODELE, Defendant

BY: */s/ William F. Travis*_____
    William F. Travis, MSB 8267
    8619 Highway 51 N.
    Southaven, MS 38671
    (662)393-9295
    (662)393-9414 fax
    bill@southavenlaw.com

## CERTIFICATE OF SERVICE

 I, the undersigned attorney, do hereby certify that a true and correct copy of the foregoing *Motion for New Trial* has this day been electronically mailed to:

Honorable Robert Mims
robert.mims@usdoj.gov

 **THIS**, the 1st day of March, 2023.

               */s/ William F. Travis*_____
               William F. Travis, Certifying Attorney