**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

UNITED STATES OF AMERICA

VS.                                                      CAUSE NO. 3:21CR107

THOMAS IROKO AYODELE aka "ROKO"

**MOTION FOR JUDGMENT OF ACQUITTAL**

**COMES NOW**, the Defendant, **Thomas Iroko Ayodele a/k/a "Roko"**, by and through the undersigned counsel, William F. Travis, moves the court to enter a Judgment of Acquittal, or in the alternative a new trial and in support thereof would say as follows, to wit:

1. The Court erred in failing to sustain the Motion for Judgment of Acquittal at the close of the Government's case in chief.

2. The verdict of the Jury in this case was against the overwhelming weight of evidence in this case and the verdict evinced bias and prejudice against the Defendant.

3. The Defendant is entitled to a Judgment of Acquittal in this case, but because of the failure of the prosecution to prove its case against the Defendant beyond a reasonable doubt that said evidence is insufficient to sustain a conviction.

WHEREFORE, PREMISES CONSIDERED, the defendant, Thomas Iroko Ayodele a/k/a "Roko", moves the Court to grant unto him a Judgment of Acquittal. or in the alternative a new trial upon hearing of this motion.

**RESPECTUFLLY SUBMITTED,** this the 1st day of March, 2023.

                                            THOMAS IROKO AYODELE, Defendant

                                   BY: */s/ William F. Travis*_____
                                          William F. Travis, MSB 8267
                                          8619 Highway 51 N.
                                          Southaven, MS 38671
                                          (662)393-9295
                                          (662)393-9414 fax
                                          bill@southavenlaw.com

## CERTIFICATE OF SERVICE

       I, the undersigned attorney, do hereby certify that a true and correct copy of the foregoing Joinder to the *Motion for Judgment of Acquittal* has this day been electronically mailed to:

Honorable Robert Mims
robert.mims@usdoj.gov

**THIS**, the 1st day of March, 2023.

                                            */s/ William F. Travis*_____
                                            William F. Travis, Certifying Attorney