| AO 435 (Rev. 04/18) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | | FOR COURT USE ONLY |
|---|---|---|---|
| Please Read Instructions: | **TRANSCRIPT ORDER** | | DUE DATE: |

| 1. NAME<br>Goodloe T. Lewis | 2. PHONE NUMBER<br>(662) 234-4000 | 3. DATE<br>3/2/2023 | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL<br>P.O. Drawer 668 (glewis@hickmanlaw.com) | 5. CITY<br>Oxford | 6. STATE<br>MS | 7. ZIP CODE<br>38655 |
| 8. CASE NUMBER<br>3:21CR107 | 9. JUDGE<br>Sharion Aycock | DATES OF PROCEEDINGS | |
| | | 10. FROM 2/21/2023 | 11. TO 2/24/2023 |
| 12. CASE NAME<br>US v. Jamarr Smith, et al. | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Oxford | 14. STATE MS |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [X] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| VOIR DIRE | | [X] TESTIMONY (Specify Witness)<br>Christopher Moody | 2/21/23-2/24/23 |
| OPENING STATEMENT (Plaintiff) | | | |
| OPENING STATEMENT (Defendant) | | | |
| CLOSING ARGUMENT (Plaintiff) | | PRE-TRIAL PROCEEDING (Spcy) | |
| CLOSING ARGUMENT (Defendant) | | | |
| OPINION OF COURT | | | |
| JURY INSTRUCTIONS | | OTHER (Specify) | |
| SENTENCING | | | |
| BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [X] | [ ] | NO. OF COPIES 1 | 101 | 429.25 |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE *(signed) Goodloe Lewis*

19. DATE 3/2/23

ESTIMATE TOTAL 429.25

| | PROCESSED BY |
|---|---|
| TRANSCRIPT TO BE PREPARED BY | PHONE NUMBER |
| | COURT ADDRESS |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 429.25 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 429.25 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 429.25 |

DISTRIBUTION: COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY