**Christopher Rogers Moody**

75 killian Lane
Charles Town WV 25414 US
Phone: 703-948-3186
Mobile: 703-853-3063
Email: crmoody@uspis.gov

**Work Experience:**
**United States Postal Inspection Service** 22340 Dresden Street
Suite 195
Dulles, VA   20166 United States

06/2020 -
**Present Hours per week:** 40
**Pay Plan:** PS
**Grade:** 24
**Technical Surveillance Coordinator**
**Duties, Accomplishments and Related Skills:**
Duties include management of Communications Intercept Platform for the entire agency, support to field for all surveillance related issues, management of technical countermeasures program, as well as research and development of new technology to assist investigators. I have received Certified Technical Investigator from the National Association of Technical Investigators and have attended WiFi Tracking and Geolocation, Covert Electronic Surveillance Program, Covert Electronic Tracking Program, and Video Recovery at the Federal Law Enforcement Training Center in Glynco, GA. Completed cell phone analysis training provided by Pen-Link and the National Association of Technical Investigators.
**Supervisor:**
Douglas Henderson
 (804-683-0104)
**Okay to contact this Supervisor:** Yes

04/2013-06/2020
**Present Hours per week:** 40
**Pay Plan:** PS
**Grade:** 23
**Senior Technical Surveillance Specialist**
**Duties, Accomplishments and Related Skills:**
Duties include management of Communications Intercept Platform for the entire agency, support to field for all surveillance related issues, technical countermeasures for executive meetings, as well as research and development of new technology to assist investigators. I have received Certified Technical Investigator from the National Association of Technical Investigators and have attended WiFi Tracking and Geolocation, Covert Electronic Surveillance Program, Covert Electronic Tracking Program, and Video Recovery at the Federal Law Enforcement Training Center in Glynco, GA. Completed cell phone analysis training provided by Pen-Link and the National Association of Technical Investigators.
**Supervisor:** Garrett Loughlin
(703-948-3183)
**Okay to contact this Supervisor:** Yes

**Education:**
**Electronic Computer Programing Institute**
Richmond, VA
Associate's Degree 02/2006
GPA: 4.0 of a


GOVERNMENT EXHIBIT
Exhibit B

maximum 4.0
**Major:**
Criminal Justice

**Champlain University**
Burlington, VT
Bachelor's Degree
12/2020
**GPA**: 3.33 of a Maximum 4.0
**Major:**
Computer Forensics
Digital Investigations

**Job Related Training:**
Advanced Cell Phone Investigations: Interpretations and Mapping of Records 9/13/2018
FLETC - WTAG 9/4/2015 Wi-Fi Tools for Analysis and Geo-Locating Pen Link- PLX 101 10/8/2014 Basic Analysis Training
Pen Link-PAC/CSI 9/19/2013 Pen-Link Advanced Class and Cell Site Intelligence
FLETC - CESP 8/30/2013 Covert Electronic Surveillance
FLETC - CETP 6/13/2013 Covert Electronic Tracking FLETC - RCVR 2/8/2013 Recovery of Evidence from CCTV REI - TALAN Telephone Countermeasures Certification
REI - OSCAR RF Radio Frequency Countermeasures Certification
REI - Advanced Countermeasures Course
Pen Link - Advanced Class/Cell Site Intelligence 8.2 9/19/2013
Pen Link - PLX 8/2014

Training Provided:

Mid Atlantic Technical Investigators Association    4/19/2019   "Communication Intercept for Law Enforcement"

Court Testimony:
U.S. Vs. James Jackson 9/2019

**Affiliations:**
National Association of Technical Investigators - Certified Technical Investigator