| AO 435 (Rev. 04/18) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | | FOR COURT USE ONLY |
|---|---|---|---|
| Please Read Instructions: | **TRANSCRIPT ORDER** | | DUE DATE: |

| 1. NAME<br>Goodloe T. Lewis | 2. PHONE NUMBER<br>(662) 234-4000 | 3. DATE<br>4/24/2023 | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL<br>P.O. Drawer 668 (glewis@hickmanlaw.com) | 5. CITY<br>Oxford | 6. STATE<br>MS | 7. ZIP CODE<br>38655 |
| 8. CASE NUMBER<br>3:21CR107 | 9. JUDGE<br>Sharion Aycock | DATES OF PROCEEDINGS | |
| | | 10. FROM 2/22/2023 | 11. TO 2/22/2023 |
| 12. CASE NAME<br>US v. Jamarr Smith, et al. | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Oxford | 14. STATE MS |

15. ORDER FOR

| ☐ APPEAL | ☒ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
|---|---|---|---|
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER |

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☒ TESTIMONY (Specify Witness)<br>Silvester Cobbs | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☒ | ☐ | NO. OF COPIES 1 | 33 | 140.25 |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |
| | | | ESTIMATE TOTAL | | 140.25 |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE *(signed)* Goodloe Lewis

19. DATE 4/25/23

| PROCESSED BY | |
|---|---|
| PHONE NUMBER | |

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS | |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 140.25 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 140.25 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 140.25 |

DISTRIBUTION: COURT COPY  TRANSCRIPTION COPY  ORDER RECEIPT  ORDER COPY