UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

## NOTICE

UNITED STATES OF AMERICA

V.                                                                    CRIMINAL NO. 3:21-CR-107-SA-1

JAMARR SMITH                                                                    DEFENDANT

**TAKE NOTICE** that a proceeding in this case has been CONTINUED.

**Type of Proceeding**

**SENTENCING HEARING [134] AS TO COUNTS ONE AND TWO OF THE INDICTMENT
BEFORE UNITED STATES DISTRICT JUDGE SHARION AYCOCK
SET FOR MAY 30, 2023, IS CONTINUED.
HEARING WILL BE RESET BY SEPARATE NOTICE.**

DAVID CREWS, Clerk of Court

BY:_____/s/ Tracy Wright_____
Courtroom Deputy

Date:   May 30, 2023

To:     Goodloe Tankersley Lewis (electronic notice only)          Robert J. Mims (electronic notice only)
        Clyde McGee IV (electronic notice only)                    U.S. Probation Service (electronic notice only)
        U.S. Marshal Service (electronic notice only)

**CONTACT CHAMBERS AT 662-369-2628 or judge_aycock@msnd.uscourts.gov
IF YOU HAVE ANY QUESTIONS**.