UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

# NOTICE

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 3:21-CR-107-SA-2

THOMAS IROKO AYODELE, a/k/a "Roko"  DEFENDANT

**TAKE NOTICE** that a proceeding in this case has been CONTINUED.

**Type of Proceeding**

**SENTENCING HEARING [136] AS TO COUNTS ONE AND TWO OF THE INDICTMENT
BEFORE UNITED STATES DISTRICT JUDGE SHARION AYCOCK
SET FOR MAY 30, 2023, IS CONTINUED.
HEARING WILL BE RESET BY SEPARATE NOTICE.**

DAVID CREWS, Clerk of Court

BY: /s/ Tracy Wright
Courtroom Deputy

Date: May 30, 2023

To: William F. Travis (electronic notice only)  Robert J. Mims (electronic notice only)
Clyde McGee IV (electronic notice only)  U.S. Probation Service (electronic notice only)
U.S. Marshal Service (electronic notice only)

**CONTACT CHAMBERS AT 662-369-2628 or judge_aycock@msnd.uscourts.gov
IF YOU HAVE ANY QUESTIONS**.