UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

## **NOTICE**

UNITED STATES OF AMERICA

V.                                                              CRIMINAL NO. 3:21-CR-107-SA-3

GILBERT MCTHUNEL, II, a/k/a Gilbert McThunel                    DEFENDANT

---

**TAKE NOTICE** that a proceeding in this case has been CONTINUED.

---

**Type of Proceeding**

---

**SENTENCING HEARING [138] AS TO COUNTS ONE AND TWO OF THE INDICTMENT
BEFORE UNITED STATES DISTRICT JUDGE SHARION AYCOCK
SET FOR MAY 30, 2023, IS CONTINUED.
HEARING WILL BE RESET BY SEPARATE NOTICE.**

---

DAVID CREWS, Clerk of Court

BY:_____/s/ Tracy Wright_____
                Courtroom Deputy

Date:  May 30, 2023

To:     Paul A. Chiniche (electronic notice only)          Robert J. Mims (electronic notice only)
         Clyde McGee IV (electronic notice only)           U.S. Probation Service (electronic notice only)
         U.S. Marshal Service (electronic notice only)

**CONTACT CHAMBERS AT 662-369-2628 or judge_aycock@msnd.uscourts.gov
IF YOU HAVE ANY QUESTIONS**.