UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

# NOTICE OF HEARING

UNITED STATES OF AMERICA

v.                                                                                              CASE NUMBER: 3:21-CR-107-SA

JAMARR SMITH,                                                                                                        DEFENDANTS
THOMAS IROKO AYODELE, a/k/a "ROKO", and
GILBERT MCTHUNEL, II, a/k/a Gilbert McThunel

**TAKE NOTICE** that a proceeding in this case has been **SET** for the place, date, and time set forth below:

**Place**
UNITED STATES DISTRICT COURT
911 JACKSON AVENUE EAST
OXFORD, MISSISSIPPI

**Room No.**
COURTROOM 1 – FIRST FLOOR

**Date and Time**
TUESDAY, JUNE 13, 2023 – 1:30 P.M.

**Type of Proceeding**

**HEARING ON DEFENDANT JAMARR SMITH'S AND GILBERT MCTHUNEL, II'S OBJECTION TO THE PRESENTENCE INVESTIGATION REPORT [151, 152] AND JOINDER OF DEFENDANT THOMAS IROKO AYODELE TO THE OBJECTION TO THE PRESENTENCE INVESTIGATION REPORT [153].**

**\*ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENT(S)
AS TO COURT APPEARANCES.**

DAVID CREWS, Clerk of Court

BY:   /s/     Tracy Wright
                Courtroom Deputy

Date:  May 31, 2023

To:  Goodloe Tankersley Lewis (electronic notice only)     William F. Travis (electronic notice only)
       Paul A. Chiniche (electronic notice only)                      Robert J. Mims (electronic notice only)
       Clyde McGee IV (electronic notice only)                      U.S. Marshal (electronic notice only)
       U.S. Probation Service (electronic notice only)

**CONTACT CHAMBERS AT 662-369-2628 or judge_aycock@msnd.uscourts.gov
IF YOU HAVE ANY QUESTIONS.**