UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

## CRIMINAL MINUTES - GENERAL

**Case No.** 3:21-cr-107-SA  **Place Held:** Oxford, Mississippi

**Style:** USA v. JAMARR SMITH; THOMAS IROKO AYODELE, a/k/a "Roko"; and GILBERT MCTHUNEL, II, a/k/a Gilbert McThunel

**Date & Time Began:** 6/13/2023, 1:32 P.M.
**Date & Time Ended:** 6/13/2023, 1:57 P.M.

**Total Time:** 25 minutes

**PRESENT:**

**HONORABLE SHARION AYCOCK, JUDGE**

Tracy Wright  Phyllis McLarty
**Courtroom Deputy**  **Court Reporter**

**Attorneys for Government:**  **Attorney(s) for Defendant:**
Robert J. Mims  Goodloe Tankersley Lewis
 William F. Travis
 Paul A. Chiniche

**PROCEEDINGS:** Hearing on Defendant Jamarr Smith's and Gilbert McThunel, II's Objection to the Presentence Investigation Report [151, 152] and Joinder of Defendant Thomas Iroko Ayodele to the Objection to the Presentence Investigation Report [153].

**DOCKET ENTRY:** Hearing held. Exhibit introduced. Objection SUSTAINED as to each defendant.

**DAVID CREWS, CLERK**

By: _____/s/ Tracy Wright_____
Courtroom Deputy