# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                               CASE NO. 3:21-CR-107-SA

JAMARR SMITH;                                            DEFENDANTS
THOMAS IROKO AYODELE, a/k/a "Roko"
GILBERT MCTHUNEL, II, a/k/a Gilbert McThunel

## EXHIBIT LIST

Hearing as to Defendant Jamarr Smith's and Gilbert McThunel, II's Objection to the Presentence Investigation Report [151, 152] and Joinder of Defendant Thomas Iroko Ayodele to the Objection to the Presentence Investigation Report [153]

| Presiding Judge:<br>Sharion Aycock | Attorney for Government:<br>Robert J. Mims | Attorney for Defendant:<br>Goodloe Tankersley Lewis<br>William F. Travis<br>Paul A. Chiniche |
|---|---|---|
| Hearing:<br>6/13/2023 | Court Reporter:<br>Phyllis McLarty | Courtroom Deputy:<br>Tracy Wright |

| Gov. | Def. | Date Offered | m | a | Description of Exhibits |
|---|---|---|---|---|---|
|  | D-1 | 6/13/2023 | X | X | Transcript of Testimony of Sylvester Cobbs Excerpt from Jury Trial |