UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

### CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| **Case No.:** | 3:21-cr-107-SA-1 | **Place Held:** | Oxford, Mississippi |
| **Style:** | USA v. JAMARR SMITH | | |
| **Date & Time Began:** | 06/13/2023, 2:02 P.M. | | |
| **Date & Time Ended:** | 06/13/2023, 2:42 P.M. | | |
| | **Total Time:** | 40 minutes | |

**PRESENT:**

**HONORABLE SHARION AYCOCK, JUDGE**

Tracy Wright
**Courtroom Deputy**

Phyllis McLarty
**Court Reporter**

**Attorney for Government:**
Robert J. Mims

**Attorney for Defendant:**
Goodloe Tankersley Lewis

**Probation Officer:**
Andrew Fountain

**PROCEEDINGS:** Sentencing Hearing

**DOCKET ENTRY:** Sentencing held as to JAMARR SMITH on Counts 1 and 2 of the Indictment. Witness testified. Defendant remanded to the custody of the U.S. Marshal. Final Judgment to follow.

**DAVID CREWS, CLERK**

By: _____/s/ Tracy Wright_____
Courtroom Deputy