UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| **Case No.:** | 3:21-cr-107-SA-3 | **Place Held:** | Oxford, Mississippi |
| **Style:** | USA v. GILBERT MCTHUNEL, II, a/k/a Gilbert McThunel | | |

**Date & Time Began:** 06/13/2023, 3:20 P.M.
**Date & Time Ended:** 06/13/2023, 3:36 P.M.

**Total Time:** 16 minutes

**PRESENT:**

**HONORABLE SHARION AYCOCK, JUDGE**

| Tracy Wright | Phyllis McLarty |
|---|---|
| **Courtroom Deputy** | **Court Reporter** |

| **Attorney for Government:** | **Attorney for Defendant:** |
|---|---|
| Robert J. Mims | Paul A. Chiniche |

**Probation Officer:**
Andrew Fountain

**PROCEEDINGS:** Sentencing Hearing

**DOCKET ENTRY:** Sentencing held as to GILBERT MCTHUNEL, II on Counts 1 and 2 of the Indictment. Defendant remanded to the custody of the U.S. Marshal. Final Judgment to follow.

**DAVID CREWS, CLERK**

By: _____/s/ Tracy Wright_____
Courtroom Deputy