June 20, 2023

I, Thomas Iroko Ayodele, do hereby state to this honorable court that irreconcilable differences exist between myself and my trial attorney, William F. Travis, and that I wish for substitute counsel be appointed to handle the appeal of my case.

Respectfully,

Thomas Iroko Ayodele

EXHIBIT "A"