IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                                                    CRIMINAL CASE NO. 3:21-CR-107-SA-2

THOMAS IROKO AYODELE                               DEFENDANT

ORDER

Now before the Court is a Motion to Withdraw as Counsel [193] filed by William F. Travis, Esq., counsel for Thomas Iroko Ayodele. The Court has reviewed the filing and finds that the substance of the Motion [193] is insufficient to warrant withdrawal of counsel at this time. The Motion [193] is therefore DENIED *without prejudice*.

SO ORDERED, this the 21st day of June, 2023.

                                                         /s/ Sharion Aycock
                                                         UNITED STATES DISTRICT JUDGE