# TRANSCRIPT ORDER FORM - READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court: U.S.D.C. for the Northern District of Mississippi          District Court Docket No. 3:21CR00107

Short Case Title: USA v. Jamarr Smith

**ONLY ONE COURT REPORTER PER FORM**          Court Reporter: Phyllis McLarty

Date Notice of Appeal Filed by Clerk of District Court: 06/16/2023          Court of Appeals No.: 23-60321

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐ No Hearings  ☐ Transcript is unnecessary for appeal purposes  ☐ Transcript is already on file in the Clerk's Office

**OR**

**Check All of the Following that Apply, Include date of the proceeding.**

This is to Order a Transcript of the following proceedings: ☐ Bail Hearing: _____  ■ Voir Dire: 02/21/2023

■ Opening Statement of Plaintiff: 02/21/2023          ■ Opening Statement of Defendant: 02/21/2023

■ Closing Argument of Plaintiff: 02/24/2023          ■ Closing Argument of Defendant: 02/24/2023

■ Opinion of court: 02/24/2023          ■ Jury Instructions: 02/24/2023          ■ Sentencing: 06/13/2023

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 01/31/2023 | Hearing on Motion to Suppress | Sharion Aycock |
|  |  |  |
|  |  |  |
|  |  |  |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify that satisfactory financial arrangements have made. Method of Payment:**

☐ Private Funds;  ■ Criminal Justice Act Funds (**Enter Authorization-24 to USDC eVoucher**);
☐ Other IFP Funds;  ☐ Advance Payment waived by reporter;  ☐ U.S. Government Funds
☐ Other _____

Signature: [signature]          Date Transcript Ordered: 6/23/23

Print Name: Goodloe T. Lewis          Phone: 662-234-4000

Counsel for: Jamarr Smith

Address: P.O. Box 668 / 1305 Madison Avenue, Oxford, Mississippi 38655

---

**PART II. COURT REPORTER ACKNOWLEDGEMENT** (To be completed by the Court Reporter and filed with the Court of Appeals within 7 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | If arrangements not yet made, date contact made w/ ordering party | Estimated Completion Date | Estimated number of Pages |
|---|---|---|---|
|  |  |  |  |

☐ Satisfactory Arrangements for payment were made on _____
☐ Payment Arrangements have NOT been made. Reason: ☐ Deposit not received  ☐ Unable to contact ordering party
☐ Other (Specify) _____

Date: _____  Signature of Reporter: _____  Tel. _____

Email of Reporter: _____  Address of Reporter: _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court and this completed form e-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages: _____          Actual Number of Volumes: _____

Date: _____  Signature of Reporter: _____