IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  CRIMINAL CASE NO.: 3:21-CR-107-SA

GILBERT MCTHUNEL II  DEFENDANT

ORDER

Now before the Court is the Defendant, Gilbert McThunel II's, Expedited Motion for Escorted Release to Local Funeral Home [212]. In the Motion [212], McThunel explains that his father, Gilbert McThunel, Sr., recently passed away and his father's body "is being prepared for viewing the week of December 11th." [212] at p. 2. Defense counsel indicates that he has verified the accuracy of those representations. McThunel requests that the Court direct "the United States Marshal Service and/or the Lafayette County, Mississippi, Sheriff's Department to escort Mr. McThunel to a viewing of the body of his deceased father (Gilbert McThunel, Sr.) at the L. Hodges Funeral Home in Oxford, Mississippi, for up to one (1) hour of viewing time." *Id*. at p. 1. According to the Motion [212], the Government does not oppose the request.

The Motion [212] is GRANTED. The United States Marshal Service will take McThunel for a viewing of his deceased father at the L. Hodges Funeral Homes in Oxford, Mississippi, for up to one (1) hour of viewing time during the week of December 11, 2023. McThunel shall prepay for the transport prior to its occurrence. At all times, McThunel shall be in the constant care, custody, and control of the United States Marshal Service. McThunel shall be returned to the Lafayette County Detention Center immediately following the viewing.

SO ORDERED, this the 11th day of December, 2023.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE