# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CAUSE NO. 3:21-CR-000107-SA

THOMAS AYODELE

## NOTICE OF APPEARANCE

Notice is hereby given that Assistant United States Attorney Paul D. Roberts will serve as counsel for the United States in the above-referenced case.

This submitted the 28th day of February, 2024.

    Respectfully submitted,

    CLAY JOYNER
    United States Attorney
    Mississippi Bar No. 10316

    */s/ Paul D. Roberts*
    PAUL D. ROBERTS
    Assistant United States Attorney
    Mississippi Bar No. 5592

CERTIFICATE OF SERVICE

I, Paul D. Roberts, certify that I electronically filed the foregoing **Notice of Appearance** with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

William F. Travis
bill@southavenlaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants:

Thomas Ayodele, Reg. No. 73342-509
FCC Yazoo City Low II
P.O. Box 5000
Yazoo City, MS 39194

This the 28th day of February, 2024.

/s/ Paul D. Roberts_____
PAUL D. ROBERTS
Assistant United States Attorney