IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  CRIMINAL CASE NO.: 3:21-CR-107-SA

JAMARR SMITH  DEFENDANT

ORDER

The Defendant has filed an Expedited Motion [217] requesting that the Court order "the United States Marshal Service to escort [him] to a viewing of the body of his deceased grandmother, Cleophia Blackburn at the Cooley's Mortuary, 327 Panola Avenue, Batsville, Mississippi for up to one (1) Hour of viewing time between the hours of 1:00 p.m. and 5:00 p.m. on Wednesday, March 6, 2024." [217] at p. 1.

The Defendant is currently in the custody of the Bureau of Prisons at FCI Yazoo City serving a term of imprisonment imposed by this Court. Since the Defendant is in the Bureau of Prisons' custody, the Court finds it more appropriate to leave this matter to the discretion of the Bureau of Prisons. The Motion [217] is DENIED.

SO ORDERED, this the 5th day of March, 2024.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE