## Goodloe Lewis

**From:** Mickie Dykes <mdykes@sogms.com>
**Sent:** Wednesday, April 3, 2024 11:56 AM
**To:** Goodloe Lewis
**Subject:** Re: Iantea Lee

1. What is the nature of the operation Ms. Lee will be receiving?
bilateral endoscopic carpal tunnel release. To relieve pain and numbness from carpal tunnel syndrome.

2. What will her short term limitations be as a result of the surgery?
For approximately 6 weeks, she may have limited use of both hands; as in, no firm gripping, no lifting over 5 pounds, no repetitive use, no awkward wrist positions.

3. What will her long term limitations be as a result of the surgery?
No long term limitations.

4. What specific restrictions will she have as to caring for her children?
No lifting over 5 pounds.

On Thu, Mar 21, 2024 at 10:33 AM Goodloe Lewis <GLewis@hickmanlaw.com> wrote:

HI MS. Dykes,

I represent Jamarr Smith, the father of Iantea Lee's children. We are attempting to obtain his compassionate release from prison so that he can care for his children while Ms. Lee is recovering from her surgery.

In order to get that, I have to explain to the court why Ms. Lee cannot care for her children for a period of time.

1. What is the nature of the operation Ms. Lee will be receiving?

2. What will her short term limitations be as a result of the surgery?

3. What will her long term limitations be as a result of the surgery?

4. What specific restrictions will she have as to caring for her children?

Thank you and let me know if you have questions.

1

Exhibit "A"

Goodloe T. Lewis

Hickman, Goza & Spragins PLLC

1305 Madison Ave.

Oxford, MS 38655

662.234.4000 (telephone)

662.234.2000 (fax)



NOTICE: This electronic mail transmission may constitute attorney-client communication and/or attorney work product that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error or if any attached document is not the one intended, please delete it from your system without copying it, and notify the sender by reply e-mail of the erroneous transmission.