UNITED STATES DISTRICT COURT

FOR THE Northern DISTRICT OF Mississippi

United States of America

v.   Case No. 3:21-CR-107

Gilbert McThunel II,

Defendant / Petitioner

## DEFENDANT'S MOTION FOR ADJUSTMENT OF SENTENCE

Defendant Gilbert McThunel II, pro se, asks this Honorable Court to apply a sentence reduction in consideration of:

☑ Amendment 821 - U.S.S.G. § 4A1.1 concerning "Status Points" which affected Defendant's Criminal History Calculation retroactively because the current offense was committed while under "any criminal justice sentence", such as imprisonment, probation, or supervised release.

☑ Amendment 821 - U.S.S.G. § 4C1.1 concerning a 2 Level reduction to the offense level of certain offenders with ZERO Criminal History points, which affected Defendant's guidelines retroactively.

Pursuant to 18 U.S.C. § 3582(c)(2), Defendant asks this Honorable Court to adjust his sentence accordingly as he has reviewed the marked amendment(s) and believes they apply.

x /s/ Gilbert McThunel II

On this day of: 5/7/24

Reg. No. 73368-509
FCI Forrest City Low
P.O. Box 9000
Forrest City, AR 72336

Gilbert McThunel II 73368-509
P.O. Box 9000
Forrest City, Ar 72336

MEMPHIS TN 380
10 MAY 2024 PM 2 L

United States District
Court office of the
Clerk 911 Jackson Ave E
Ste 369 Oxford MS 38655