IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  CAUSE NO. 3:21CR107

THOMAS AYODELE

MOTION TO WITHDRAW AS COUNSEL

Assistant Federal Public Defender Gregory S. Park, court-appointed counsel for Defendant Thomas Ayodele, respectfully requests that the Court allow undersigned counsel to withdraw as counsel of record for the limited purpose of Amendment 821 review. After reviewing Mr. Ayodele's documents, it does not appear that he is eligible for any relief and no motion will be filed by the Federal Public Defender's office. This would not preclude Mr. Ayodele from proceeding *pro se*, if he so chooses.

REQUESTED RELIEF

Based on the grounds set forth above, the Office of the Federal Public Defender asks that the office be withdrawn from further responsibility.

Respectfully submitted,

 */s/ Gregory S. Park*
GREGORY S. PARK, MSB #9419
Assistant Federal Public Defender
1200 Jefferson Avenue, Suite 100
Oxford, Mississippi 38655
Telephone: (662) 236-2889
Fax: (662) 234-0428
greg_park@fd.org

## CERTIFICATE OF SERVICE

 I, Gregory S. Park, attorney for Defendant, Thomas Ayodele, do hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which provided notification to all parties of record.

 Dated, this the 18th day of June, 2024.

                /s/ *Gregory S. Park*
                GREGORY S. PARK
                Assistant Federal Public Defender