IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:21-CR-00107-SA-RP-2

THOMAS IROKO AYODELE  DEFENDANT

ORDER

Now before the Court is the Motion to Withdraw as Counsel [224] filed by the Office of the Federal Public Defender. The Court previously entered a Standing Order [221] appointing the Federal Public Defender to represent defendants potentially eligible for sentence reductions under 18 U.S.C. § 3582(c) due to the retroactive criminal history guideline amendment. The Court finds that the limited purpose of appointment under the Standing Order [221] has been satisfied. Therefore, FPD's request is well-taken.

The Motion [224] is GRANTED. FPD is permitted to withdraw as counsel of record for the Defendant and is hereby relieved of any further responsibility in connection with its limited representation.

SO ORDERED, this the 21st day of June, 2024.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE